AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| JATOON MOSS, as Personal Representative, et al., | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:21-cv-1026 -MMH-MCR |
| RICKY DIXON, in his official capacity, et al., | ) |
| *Defendant* | ) |

Served 1/7/22 At 9:10A-
PSC
#115

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MARK INCH as Secretary of the Florida Department of Corrections
Florida Department of Corrections
501 S. Calhoun Street
Tallahassee, FL 32399-2500
850-488-5021

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    JAMES V. COOK
Law Office of James Cook
314 West Jefferson Street
Tallahassee, FL 32301
850 222-8080

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  January 5, 2022

RobinHall
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:21-cv-1026

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* MARK INCH, Secretary FLA. DEPT OF CORRECTIONS

was received by me on *(date)* 1/5/2022

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* ADAM WRIGHT (ASST Gen Counsel) , who is designated by law to accept service of process on behalf of *(name of organization)* FLA DEPT OF CORRECTIONS on *(date)* 1/7/2022 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ ___ for travel and $ ___ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 1/7/2022

Server's signature

RICHARD E CAMPBELL
Printed name and title

Certified Process Server #115

PO Box 10237, Tallahassee, FL 32302
Server's address

Additional information regarding attempted service, etc: