UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JATOON MOSS, as Personal
Representative for the ESTATE
OF CRAIG RIDLEY, on behalf of the
Estate and Survivors Jatoon Moss
and Gary Ridley,

        Plaintiff,

v.                                        Case No. 3:21-cv-1026-MMH-MCR

RICKY D. DIXON, et al.

        Defendants.
_____

## ORDER

The Order to Show Cause (Doc. 17) is **DISCHARGED**. *See* Plaintiff's Response and Motion (Docs. 23, 47).

Plaintiff's Unopposed Motion to Extend the Time for Service (Doc. 47) is **GRANTED**, and Defendants Jerrels, Nyitrya, Anderson, Livingston, and Potosky are deemed timely served.

**DONE AND ORDERED** at Jacksonville, Florida, this 25th day of April, 2022.

                                                    MONTE C. RICHARDSON
                                     UNITED STATES MAGISTRATE JUDGE

caw 4/13
c:
Counsel of Record