IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| JATOON MOSS, as Personal Representative for the ESTATE OF CRAIG RIDLEY, on behalf of the Estate and Survivors, Jatoon Moss and Gary Ridley, | )<br>)<br>)<br>)<br>) |
| Plaintiff, | ) CASE NO.: 3:21-cv-1026-MMH-MCR |
| v. | ) |
| RICKY DIXON, as Secretary of the Florida Department of Corrections, *et al.*, | )<br>)<br>) |
| Defendants. | ) |

**DEFENDANTS COREY AND DURE'S REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 3.01(h), Defendants Amanda Corey and Jean Dure (collectively, the "Medical Defendants") hereby request oral argument on their Motion to Dismiss (ECF No. 33), Plaintiff Jatoon Moss's response (ECF No. 40), and the Medical Defendants' Reply (ECF No. 51). The Medical Defendants request **1 hour** for the oral argument.

Respectfully submitted:

*/s/ Brian Wahl*
Brian A. Wahl (FBN 95777)
BRADLEY ARANT BOULT CUMMINGS LLP
1819 5th Avenue N. – One Federal Place
Birmingham, AL 35203
Telephone: (205) 521-8800
Fax: (205) 521-8800
Primary Email: bwahl@bradley.com

4865-7437-2637.1

Secondary Email: tramsay@bradley.com

R. Craig Mayfield (FBN 429643)
Jacob Hanson (FBN 91453)
BRADLEY ARANT BOULT CUMMINGS LLP
100 North Tampa Street, Suite 2200
Tampa, FL 33602
Telephone: (813) 559-5500
Fax: (813) 229-5946
Primary Email:    jhanson@bradley.com
Secondary Email: tabennett@bradley.com
Secondary Email: tbush@bradley.com
Secondary Email: sdhayes@bradley.com

*Counsel for Defendants, Amanda Corey and Jean Dure*

## LOCAL RULE 3.01(g) CERTIFICATION

Undersigned counsel certifies he conferred with counsel for Plaintiff via e-mail on April 25, 2022. Undersigned counsel did not receive a response from Plaintiff's counsel prior to filing the accompanying reply and this request. Pursuant to Local Rule 3.01(g)(3), undersigned counsel will continue to attempt to confer with Plaintiff's counsel and will supplement this certification.