IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| JATOON MOSS, as Personal Representative for the ESTATE OF CRAIG RIDLEY, on behalf of the Estate and Survivors, Jatoon Moss and Gary Ridley,<br><br>    Plaintiff,<br><br>v.<br><br>RICKY DIXON, as Secretary of the Florida Department of Corrections, *et al.*,<br><br>    Defendants.<br>_____/ | CASE NO.: 3:21-cv-1026-MMH-MCR |

## DEFENDANTS COREY AND DURE'S SUPPLEMENTAL CERTIFICATION TO REQUEST FOR ORAL ARGUMENT [ECF NO. 52]

Pursuant to Local Rule 3.01(g), Defendants Amanda Corey and Jean Dure (collectively, the "Medical Defendants") hereby advise the Court that Plaintiff Jatoon Moss opposes the Medical Defendants' request for oral argument.

Respectfully submitted:

*/s/ Brian Wahl*
Brian A. Wahl (FBN 95777)
BRADLEY ARANT BOULT CUMMINGS LLP
1819 5th Avenue N. – One Federal Place
Birmingham, AL 35203
Telephone: (205) 521-8800
Fax: (205) 521-8800
Primary Email: bwahl@bradley.com
Secondary Email: tramsay@bradley.com

4865-7437-2637.2

R. Craig Mayfield (FBN 429643)
Jacob Hanson (FBN 91453)
BRADLEY ARANT BOULT CUMMINGS LLP
100 North Tampa Street, Suite 2200
Tampa, FL 33602
Telephone: (813) 559-5500
Fax: (813) 229-5946
Primary Email:   jhanson@bradley.com
Secondary Email: tabennett@bradley.com
Secondary Email: tbush@bradley.com
Secondary Email: sdhayes@bradley.com

*Counsel for Defendants, Amanda Corey and Jean Dure*