UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JATOON MOSS, as Personal         Case No: 3:21-cv-1026-MMH-MCR
Representative for the ESTATE
OF CRAIG RIDLEY, on behalf
of the Estate and Survivors
Jatoon Moss and Gary Ridley,

      Plaintiff,

vs.

RICKY D. DIXON, et al.,

      Defendants.

_____/

## UNOPPOSED MOTION FOR AN EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure ("Rule") 6(b), Defendants, Aaron Lewis; Jon Eberlein, Daniel Greene; Richard Flynn and Sgt. John E. Nettles (collectively "Defendants"), respectfully request that the Court issue an order granting an extension of time to respond to Plaintiff's Second Amended Complaint (Doc. 70) up to and including November 23, 2022. In support of this Unopposed Motion, Defendants state as follows:

## MEMORANDUM OF LAW

Rule 6(b) provides that "when an act may or must be done within a specified time, the court may, for good cause, extend the time . . . if a request is made, before

the original time or its extension expires." Fed. R. Civ. P. 6(b)(1)(A). "The diligence of the moving party should be considered in determining whether there is good cause to extend a deadline." *Jozwiak v. Stryker Corp.*, No. 6:09-cv-1985-Orl-19GJK, 2010 WL 743834, at *2 (M.D. Fla. Feb. 26, 2010).

Here, good cause exists because the claims raised in Plaintiff's Second Amended Complaint present many new issues – including new counts – necessitating an in-depth analysis of Plaintiff's claims. Defendants' responses to the Second Amended Complaint are due on November 14, 2022. As a result, Defendants are seeking in good faith the requested extension of time to properly respond to Plaintiff's Second Amended Complaint. Due to the number of counts and allegations, Defendants want to investigate these issues and respond as effectively as possible in order to use the time and resources of the Court efficiently.

Counsel for Defendants has conferred with Plaintiff's counsel who does not object to this Motion. No party will be prejudiced by the granting of the requested extension. Finally, this motion is made in good faith and is not for purposes of delay. Thus, Defendants have good cause to support the unopposed extension as Defendants are requesting the extension in good faith so that it can properly evaluate the new causes of action, prepare a response to the allegations in the Second Amended Complaint and, if necessary, assert any applicable defenses.

WHEREFORE, Defendants, Aaron Lewis; Jon Eberlein; Daniel Greene; Richard Flynn and John E. Nettles, respectfully request that the Court issue an order granting a nine-day extension of time to respond to Plaintiff's Second Amended Complaint up to and including November 23, 2022.

## <u>LOCAL RULE 3.01(G) CERTIFICATION</u>

Pursuant to Local Rule 3.01(g), the undersigned counsel has conferred with Plaintiff's counsel regarding the relief sought in this motion. Plaintiff's counsel does not oppose the relief sought in this motion.

Dated this <u>10th</u> day of November, 2022.

Respectfully submitted,

ALEXANDER DEGANCE BARNETT, P.A.

By: */s/ David E. Chauncey*
 Michelle Bedoya Barnett
 Florida Bar No. 0823201
 E-mail: michelle.barnett@adblegal.com
 David E. Chauncey
 Florida Bar No. 0119497
 E-mail: david.chauncey@adblegal.com
 E-mail: mailbox@adblegal.com
 1500 Riverside Avenue
 Jacksonville, FL 32204
 (904) 345-3277 Telephone
 (904) 345-3294 Facsimile

 *Attorneys for Defendants Aaron Lewis, Jon Eberlein, Daniel Greene, Richard Flynn and John E. Nettles*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of this filing to all counsel of record.

*/s/ David E. Chauncey*
Attorney