UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JATOON MOSS as Personal Representative for the ESTATE OF CRAIG RIDLEY, on behalf of the Estate and Survivors Jatoon Moss and Gary Ridley,

    Plaintiff,

v.

RICKY DIXON, as Secretary of the Florida Department of Corrections and ROBERT E. SMITH, JR.; WILLIAM JEFFREY JERRELS; JOHN E. NETTLES; JACOB ANDERSON; DANIEL KLEIN; JASON LIVINGSTON; JOHN NYITRAY; AARON LEWIS; JON EBERLEIN; STEVEN POTOSKY; DANIEL GREENE; ROY HARDEN; ROYCE GIVENS; RICHARD FLYNN; LONNIE UNDERWOOD; AMANDA COREY; STEPHANIE WINNINGHAM; JEAN DURE; in their individual capacities,

    Defendants.
_____/

Case No. 3:21-cv-1026

## UNOPPOSED MOTION TO ALLOW MICHAEL A. PRICE TO WITHDRAW AS COUNSEL FOR DEFENDANT, RICKY DIXON

Pursuant to Local Rule 2.02(c), the undersigned respectfully requests leave of this Court to withdraw as Counsel for Defendant, RICKY DIXON ("Dixon"). Dixon's Representatives have consented to this withdrawal and their ongoing representation will be with the Samantha Dunlap-Smart and Todd T. Springer. *See*

(Doc. 49). Finally, Counsel for Plaintiff has been advised of this proposed withdrawal and do not oppose the same.

WHEREFORE, Defendant, Ricky Dixon, respectfully requests that this Honorable Court enter an Order granting this Motion and terminating Michael A. Price's appearance for Ricky Dixon.

## **LOCAL RULE 3.01(G) CERTIFICATION**

The undersigned counsel hereby certifies that he has conferred with Counsel for Plaintiff regarding the relief requested in this Motion. Plaintiff's Counsel does not oppose the requested relief.

Dated this 11th day of November 2022.

**Respectfully submitted by:**
**VERNIS & BOWLING OF NORTH FLORIDA, P.A.**

By: */s/ Michael A. Price*
    Michael A. Price
    Florida Bar No. 100581
    MPrice@florida-law.com
    Aouellette@florida-law.com
    4309 Salisbury Road
    Jacksonville, Florida 32216
    Telephone: (904) 296-6751
    Facsimile: (904) 296-2712
    *Attorneys for Defendant, Ricky Dixon, as Secretary*
    *of Florida Department of Corrections*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of November 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will furnish a copy of the foregoing via ECF to all Counsel of Record.

                                          _/s/ Michael A. Price_____
                                          Michael A. Price