UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JATOON MOSS, as Personal
Representative for the ESTATE
OF CRAIG RIDLEY, on behalf of the
Estate and Survivors Jatoon Moss
and Gary Ridley,

        Plaintiff,

v.                                    Case No. 3:21-cv-1026-MMH-MCR

RICKY DIXON, et al.,

        Defendants.
_____

## ORDER

By **December 21, 2022**, Plaintiff shall file a notice advising of the status of service of process on Defendant Givens.

**DONE AND ORDERED** at Jacksonville, Florida, this 7th day of December, 2022.

                                            MONTE C. RICHARDSON
                                UNITED STATES MAGISTRATE JUDGE

caw 12/7
c:
Counsel of Record