UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JATOON MOSS, as Personal
Representative for the Estate of
Craig Ridley, on behalf of the
Estate and Survivors Jatoon Moss
and Gary Ridley,
    Plaintiff,
vs.                               Case No.: 3:21-cv-1026-MMH-MCR

RICKY D. DIXON, et al.,
    Defendants.
_____/

**JERRELS DEFENDANTS' MOTION FOR LEAVE TO FILE
REPLY TO PLAINTIFF'S RESPONSE TO MOTION TO DISMISS
PLAINTIFF'S SECOND AMENDED COMPLAINT**

Pursuant to Local Rule 3.01(d), Defendants JACOB ANDERSON, WILLIAM JEFFREY JERRELS, JASON LIVINGSTON, JOHN NYITRAY, and STEVEN POTOSKY (collectively "Defendants" or "Jerrels Defendants") respectfully move this Court for leave to file a Reply to Plaintiff's Response in Opposition to Jerrels Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint (hereinafter referred to as "Plaintiff's Response") [ECF 99], and in support thereof states:

    1.    In Plaintiff's Response, Plaintiff asserts (among other things) that Defendants' Motion to Dismiss is premature, requires inappropriate weighing of evidence or determining disputed issues of fact, is essentially a nullity based upon

this Court's Order granting Plaintiff leave to file the Second Amended Complaint, and that the documents submitted by Plaintiff as support for its opposition to a prior motion to dismiss should not be considered.

2. Plaintiff further cites several cases not raised in the motion to dismiss which need to be addressed in the proposed Reply for the Court to have a balanced presentation of such authorities and the extent of their applicability to this matter in regard to the fraudulent concealment argument, the facts surrounding accrual of the causes of action, as well as the subsummation of the battery, emotional distress, and abuse of disabled persons causes of action, among others.

3. Defendants anticipate that the proposed Reply would require no more than 10 pages and request it not be due until January 11, 2023 due to the holidays.

WHEREFORE, Defendants JACOB ANDERSON, WILLIAM JEFFREY JERRELS, JASON LIVINGSTON, JOHN NYITRAY, and STEVEN POTOSKY request that the Court grant them leave to file a Reply to Plaintiff's Response and for any further relief this Court deems necessary and/or proper.

**CERTIFICATE OF GOOD FAITH CONFERRAL**

Undersigned counsel hereby certifies that, pursuant to Local Rule 3.01(g), on December 21, 2022, he conferred with Plaintiff's counsel by email who consented to and had no opposition to the relief requested in this Motion.

Respectfully submitted,
ASHLEY B. MOODY
ATTORNEY GENERAL

*/s/ Anthony Dean Johnson*
Anthony Dean Johnson
Assistant Attorney General
Florida Bar No.: 12084

Office of the Attorney General
PL-01, The Capitol
Tallahassee, Florida 32399-1050
(850) 414-3300
Anthony.Johnson@myfloridalegal.com
joann.mrazek@myfloridalegal.com
steven.holcomb@myfloridalegal.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed through the Court's CM/ECF system which will provide electronic service to all counsel of record this 22nd day of December 2022.

*/s/ Anthony Dean Johnson*
Anthony Dean Johnson
