UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 3:21-CV-1026

JATOON MOSS, AS PERSONAL REPRESENTATIVE, FOR THE ESTATE OF CRAIG RIDLEY, ON BEHALF OF THE ESTATE AND SURVIVORS JATOON MOSS AND GARY RIDLEY,

    Plaintiff(s),

v.

RICKY DIXON, AS SECRETARY OF THE FLORIDA DEPARTMENT OF CORRECTIONS AND ROBERT E. SMITH, JR.; WILLIAM JEFFERY JERRELS; JOHN E. NETTLES; JACOB ANDERSON; DANIEL KLEIN; JASON LIVINGSTON; JOHN MYITRAY; AARON LEWIS; JON EBERLEIN; STEVEN POTOSKY; DANIEL GREENE; ROY HARDEN; ROYCE GIVENS; RICHARD FYLNN; LONNIE UNDERWOOD; AMANDA COREY; STEPHANIE WINNINGHAM; JEAN DURE; IN THEIR INDIVIDUAL CAPACITIES,

    Defendant(s).

_____/

**DEFENDANT, RICKY DIXON'S MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFF'S RESPONSE TO MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**

Pursuant to Local Rule 3.01(d), Defendant, RICKY DIXON respectfully moves this Court for leave to file a Reply to Plaintiff's Response in Opposition to Secretary Dixon's Motion to Dismiss Plaintiff's Second Amended Complaint (hereinafter referred to as "Plaintiff's Response") [ECF 96], and in support thereof states:

1. In Plaintiff's Response, Plaintiff asserts (among other things) that Defendant's Motion to Dismiss is premature, requires inappropriate weighing of evidence or determining disputed issues of fact, is essentially a nullity based upon this Court's Order granting Plaintiff leave to file the Second Amended Complaint.

2. Defendant anticipates that the proposed Reply would require no more than 10 pages and request it not be due until January 16, 2023 due to the holidays.

3. Defendant has conferred with Plaintiff's counsel who has no objection to the motion.

WHEREFORE, Defendant, RICKY DIXON requests that the Court grant them leave to file a Reply to Plaintiff's Response and for any further relief this Court deems necessary and/or proper.

*CERTIFICATE OF SERVICE ON FOLLOWING PAGE*

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via Electronic Mail, to all counsel of record listed on the attached Service List, this 29th day of December, 2022.

          LUKS, SANTANIELLO, PETRILLO, COHEN & PETERFRIEND
          Attorneys for Defendant
          301 W BAY STREET
          SUITE 1010
          JACKSONVILLE, FL 32202
          Telephone: (904) 791-9191
          Facsimile: (904) 791-9196

By: /s/ *Sam D. Smart*
     TODD T. SPRINGER
     Florida Bar No.: 178410
     Sam D. Smart
     Florida Bar No.: 95951
     LUKSJAX-Pleadings@LS-Law.com

**SERVICE LIST**

LAW OFFICE OF JAMES COOK
James V. Cook, Esq.
314 West Jefferson Street
Tallahassee, Florida 32301
cookjv@gmail.com