UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| JATOON MOSS,<br><br>　　　Plaintiff,<br><br>v.<br><br>RICKY DIXON, *et al.*,<br><br>　　　Defendants. | Case No. 3:21-cv-1026-MMH-MCR |

**PLAINTIFF'S *UNOPPOSED* MOTION FOR LEAVE TO
FILE SURREPLY IN RESPONSE TO JERRELS
DEFENDANTS' REPLY TO MOTION TO DISMISS**

Pursuant to Local Rule 3.01(d), Plaintiff Jatoon Moss, through counsel, respectfully requests leave to file a brief, three-page surreply to rebut the Jerrels Defendants' erroneous contention in reply that claims for negligent infliction of emotional distress (NIED) are reserved *only* for "someone with a close relationship to a directly injured person"—meaning that Plaintiff could only assert a claim for her own damages in the so-called "bystander context," not for Mr. Ridley's predeath damages for his own emotional distress. (Doc. 106 PageID 1115). Plaintiff would seek to show how prior precedent of the Florida Supreme Court, in an important way, rebuts Jerrels Defendants' position on the application of the impact rule and limitations of NIED claims and how caselaw Jerrels Defendants cited, closely read, stands for a proposition that is the opposite of what Jerrels Defendants cite it for.

WHEREFORE, Plaintiff would respectfully request leave to file a three-page surreply, exclusive of caption, signature block, and certificates, to be filed five (5) days from the entry of an order permitting such filing.

Dated: January 13, 2023.

          Respectfully submitted,

          SLATER LEGAL PLLC

          By: /s/ James M. Slater
              James Slater, Esq.
              Florida Bar No. 111779
              113 S. Monroe Street
              Tallahassee, Florida 32301
              james@slater.legal
              Tel. (305) 523-9023

          -and-

          LAW OFFICE OF JAMES COOK

          By: /s/ James V. Cook
              James V. Cook, Esq.
              Florida Bar No. 0966843
              314 West Jefferson Street
              Tallahassee, Florida 32301
              cookjv@gmail.com
              Tel. (850) 222-8080
              Fax (850) 561-0836

          *Counsel for Plaintiff*

### Certificate of Service

I hereby certify that on January 13, 2023, I electronically filed the foregoing document with the Clerk by using the CM/ECF system, which will serve a copy on all counsel of record.

          By: /s/ James M. Slater
              James M. Slater

## Local Rule 3.01(g) Certification

I hereby certify that Plaintiff's counsel conferred with counsel for Jerrels Defendants on January 13, 2023 by email. The Jerrels Defendants do not oppose the relief requested herein.

By: */s/ James M. Slater*
James M. Slater