UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JATOON MOSS, as Personal
Representative for the ESTATE
OF CRAIG RIDLEY, on behalf of the
Estate and Survivors Jatoon Moss
and Gary Ridley,

        Plaintiff,

v.          Case No. 3:21-cv-1026-MMH-MCR

RICKY D. DIXON, et al.,

        Defendants.
_____

## ORDER

Plaintiff's Unopposed Motion for Leave to File Surreply in Response to Jerrels Defendants' Reply to Motion to Dismiss (Doc. 112) is **GRANTED.** Plaintiff may file a surreply, of no more than three pages, by **January 25, 2023**.

**DONE AND ORDERED** at Jacksonville, Florida, this 17th day of January, 2023.

                                          MONTE C. RICHARDSON
                                      UNITED STATES MAGISTRATE JUDGE

caw 1/17
c:
Counsel of Record