UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JATOON MOSS,

      Plaintiff,

v.

RICKY DIXON, *et al.*,

      Defendants.

Case No. 3:21-cv-1026-MMH-MCR

## PLAINTIFF'S *UNOPPOSED* MOTION FOR LEAVE TO FILE SURREPLY IN RESPONSE TO SECRETARY DIXON'S REPLY TO MOTION TO DISMISS

Pursuant to Local Rule 3.01(d), Plaintiff Jatoon Moss, through counsel, respectfully requests leave to file a brief, two-page surreply to address Secretary Dixon's contention that—at the dismissal stage—Plaintiff's allegations that certain defendants engaged in a conspiracy for their own criminal interests "inconsistent with the interests of [the Department of Corrections]" would vitiate her claim under Title II against Secretary Dixon in his official capacity. (Doc. 113 PageID 1137) (quoting Doc. 70 ¶ 189). Plaintiff would respond with caselaw supporting that she is entitled to plead alternative or inconsistent theories under Rule 8(d).

WHEREFORE, Plaintiff would respectfully request leave to file a two-page surreply to be filed five days from the entry of an order permitting such filing.

Dated: January 20, 2023.

Respectfully submitted,

SLATER LEGAL PLLC

*/s/ James M. Slater*
James Slater (FBN 111779)
113 S. Monroe Street
Tallahassee, Florida 32301
james@slater.legal
Tel. (305) 523-9023

-and-

LAW OFFICE OF JAMES COOK
James V. Cook (FBN 966843)
314 West Jefferson Street
Tallahassee, Florida 32301
cookjv@gmail.com
Tel. (850) 222-8080
Fax (850) 561-0836

*Counsel for Plaintiff*

### Certificate of Service

I hereby certify that on January 20, 2023, I electronically filed the foregoing document with the Clerk by using the CM/ECF system, which will serve a copy on all counsel of record.

By: *ic/ James M. Slater*
James M. Slater

### Local Rule 3.01(g) Certification

I hereby certify that Plaintiff's counsel conferred with counsel for the Secretary on January 20, 2023 by email. The Secretary does not oppose the relief requested herein.

By: *ic/ James M. Slater*
James M. Slater

2