UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JATOON MOSS, as Personal
Representative for the ESTATE
OF CRAIG RIDLEY, on behalf of the
Estate and Survivors Jatoon Moss
and Gary Ridley,

        Plaintiff,

v.   Case No. 3:21-cv-1026-MMH-MCR

RICKY D. DIXON, et al.,

        Defendants.
_____

## ORDER

Plaintiff's Unopposed Motion for Leave to File Surreply in Response to Secretary Dixon's Reply to Motion to Dismiss (Doc. 116) is **GRANTED.** Plaintiff may file a surreply, of no more than two pages, by **January 30, 2023**.

**DONE AND ORDERED** at Jacksonville, Florida, this 23rd day of January, 2023.

                                            MONTE C. RICHARDSON
                             UNITED STATES MAGISTRATE JUDGE

caw 1/23
c:
Counsel of Record