UNITED STATES DISTRICT
COURT MIDDLE DISTRICT OF
FLORIDA JACKSONVILLE
DIVISION

JATOON MOSS, as
Personal Representative for
the Estate of Craig Ridley,
on behalf of the Estate and
Survivors Jatoon Moss and
Gary Ridley,

    Plaintiff,

vs.                                    Case No.: 3:21-cv-1026-MMH-MCR

RICKY D. DIXON, et al.,

    Defendants.

_____ /

**NOTICE OF LEAD COUNSEL**

Sam D. Smart of Luks, Santaniello, Petrillo, Cohen and Peterfriend, hereby gives notice of her designation as lead counsel on behalf of Defendant, RICKY DIXON, in his official capacity as Secretary of the Florida Department of Corrections ("Dixon"). The certificate of service for all pleadings, orders, and other papers in this action should include Sam D. Smart at Luks, Santaniello, Petrillo, Cohen and Peterfriend, 301 West Bay Street, Jacksonville, Florida 32202 and SSmart@insurancedefense.net and LUKSJAX-Pleadings@LS-Law.com.

**(Certificate of Service on Next Page)**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed through the Court's CM/ECF system which will provide electronic service to all counsel of record this 25th day of January 2023.

                                LUKS, SANTANIELLO, PETRILLO,
                                COHEN & PETERFRIEND
                                301 W BAY STREET
                                SUITE 1010
                                JACKSONVILLE, FL 32202
                                Telephone:  (904) 791-9191
                                Facsimile:  (904) 791-9196

                                By: /s/ *Sam D. Smart*
                                TODD T. SPRINGER
                                Florida Bar No.: 178410
                                Sam D. Smart
                                Florida Bar No.:  95951
                                LUKSJAX-Pleadings@LS-Law.com