UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JATOON MOSS, as Personal
Representative for the ESTATE
OF CRAIG RIDLEY, on behalf of the
Estate and Survivors Jatoon Moss
and Gary Ridley,

      Plaintiff,

v.               Case No. 3:21-cv-1026-MMH-MCR

RICKY DIXON, et al.,

      Defendants.

## ORDER

Plaintiff's Unopposed Motion for Entry of HIPAA-Qualified Protective Order and Confidentiality Order (Doc. 124) is **GRANTED to the extent** that the Court will enter the parties' proposed orders with minor modifications.[1]

**DONE AND ORDERED** at Jacksonville, Florida, this 28th day of March, 2023.

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court modified the introductory paragraph of the proposed Confidentiality Order, as well as paragraph 16. The Court also modified the introductory paragraph of the proposed HIPAA-Qualified Protective Order, along with paragraph 4.d.

JAX-3 3/28
c:
Counsel of Record