UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**JATOON MOSS, as Personal Representative for the Estate of Craig Ridley, on behalf of the Estate and Survivors Jatoon Moss and Gary Ridley,**

    Plaintiff,

vs.                                Case No.: 3:21-cv-1026-MMH-MCR

**RICKY D. DIXON, et al.,**

    Defendants.
_____/

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure ("Rule") 6(b), Defendants, JACOB ANDERSON, WILLIAM JEFFREY JERRELS, JASON LIVINGSTON, JOHN NYITRAY, STEVEN POTOSKY, and ROYCE GIVENS (collectively "Defendants" or "Individual Defendants"), respectfully request that the Court enter an order granting a fourteen (14) day extension of time to file their Answer to Plaintiff's Second Amended Complaint [ECF 70] up to and including July 10, 2023. In support of this Unopposed Motion, Defendants state as follows:

## MEMORANDUM OF LAW

Rule 6(b) provides that "when an act may or must be done within a specified time, the court may, for good cause, extend the time . . . if a request is made, before the original time or its extension expires." Fed. R. Civ. P. 6(b)(1)(A). "The diligence of the moving party should be considered in determining whether there is good cause to extend a deadline." Jozwiak v. Stryker Corp., No. 6:09-cv-1985-Orl-19GJK, 2010 WL 743834, at *2 (M.D. Fla. Feb. 26, 2010).

In the instant matter, undersigned counsel will be out of the office from June 19, 2023 through July 5, 2023.  The current deadline set by this Court for the defendants to file their answer to the Second Amended Complaint is June 26, 2023. [ECF 128, p. 40].  Undersigned counsel is preparing to file six separate Answers and Affirmative Defenses to Plaintiff's 289 paragraph Second Amended Complaint. This is the defendants' first request for such an extension related to the Second Amended Complaint.  Further, **the undersigned has conferred with Plaintiff's counsel who has no opposition to this short extension of time**.  No party will be prejudiced by the granting of the requested extension. This motion is made in good faith and is not for purposes of delay. Thus, good cause is shown for this extension.

WHEREFORE, Defendants ANDERSON, JERRELS, LIVINGSTON, NYITRAY, POTOSKY, and GIVENS respectfully request that the Court issue an

order granting a five-day extension of time to respond to Plaintiff's Second Amended Complaint up to and including July 10, 2023.

## **LOCAL RULE 3.01(G) CERTIFICATION**

Pursuant to Local Rule 3.01(g), the undersigned counsel has conferred with Plaintiff's counsel regarding the relief sought in this motion. Plaintiff's counsel does not oppose the relief sought in this motion.

Dated this 16th day of June 2023.

>Respectfully submitted,
>
>ASHLEY B. MOODY
>ATTORNEY GENERAL
>
>*/s/ Anthony Dean Johnson*
>Anthony Dean Johnson
>Assistant Attorney General
>Florida Bar No.: 12084
>
>Office of the Attorney General
>PL-01, The Capitol
>Tallahassee, Florida 32399-1050
>(850) 414-3300
>Anthony.Johnson@myfloridalegal.com
>joann.mrazek@myfloridalegal.com
>steven.holcomb@myfloridalegal.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed through the Court's CM/ECF system which will provide electronic service to all counsel of record this 16th day of June 2023.

*/s/ Anthony Dean Johnson*
Anthony Dean Johnson