UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JATOON MOSS, as Personal
Representative for the ESTATE
OF CRAIG RIDLEY, on behalf of the
Estate and Survivors Jatoon Moss
and Gary Ridley,

        Plaintiff,

v.                                                        Case No. 3:21-cv-1026-MMH-MCR

RICKY DIXON, et al.,

        Defendants.
_____

## ORDER

Defendants Anderson, Jerrels, Livingston, Nyitray, Potosky, and Givens' Unopposed Motion for Extension of Time to File Answer to Plaintiff's Second Amended Complaint (Doc. 129) is **GRANTED**. They shall file an answer to Plaintiff's Second Amended Complaint (Doc. 70) by **July 10, 2023**.

**DONE AND ORDERED** at Jacksonville, Florida, this 20th day of June, 2023.

                                                MONTE C. RICHARDSON
                                       UNITED STATES MAGISTRATE JUDGE

caw 6/20
c:
Counsel of Record