UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JATOON MOSS, as Personal
Representative for the ESTATE
OF CRAIG RIDLEY, on behalf
of the Estate and Survivors
Jatoon Moss and Gary Ridley,

    Plaintiff,

vs.

RICKY D. DIXON, et al.,

    Defendants.
_____/

Case No: 3:21-cv-1026-MMH-MCR

## UNOPPOSED MOTION FOR AN EXTENSION OF TIME FOR INDIVIDUAL DEFENDANTS TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure ("Rule") 6(b), Defendants, Aaron Lewis; Jon Eberlein, Daniel Greene; Richard Flynn and John E. Nettles (collectively "Defendants"), respectfully request that the Court issue an order granting an extension of time to answer Plaintiff's Second Amended Complaint up to and including July 10, 2023. In support of this Unopposed Motion, Defendants state as follows:

### MEMORANDUM OF LAW

Rule 6(b) provides that "when an act may or must be done within a specified time, the court may, for good cause, extend the time . . . if a request is made, before

{00422436 1 }

the original time or its extension expires." Fed. R. Civ. P. 6(b)(1)(A). "The diligence of the moving party should be considered in determining whether there is good cause to extend a deadline." *Jozwiak v. Stryker Corp.*, No. 6:09-cv-1985-Orl-19GJK, 2010 WL 743834, at *2 (M.D. Fla. Feb. 26, 2010).

Here, good cause exists as other individual defendants have already been granted this extension to July 10, 2023. See ECF No. 129. This will allow the individual defendants to answer at the same time. As a result, Defendants are seeking in good faith the requested extension of time to properly answer Plaintiff's Complaint. Due to the number of counts and paragraphs, Defendants want to respond as effectively as possible in order to use the time and resources of the Court efficiently.

Counsel for Defendants has conferred with Plaintiff's counsel, who does not object to this Motion. No party will be prejudiced by the granting of the requested extension. Finally, this motion is made in good faith and is not for purposes of delay. Thus, Defendants have good cause to support the unopposed extension as Defendants are requesting the extension in good faith so that it can properly evaluate the new causes of action, prepare a response to the allegations in the Amended Complaint and, if necessary, assert any applicable defenses.

WHEREFORE, Defendants, Aaron Lewis; Jon Eberlein; Daniel Greene; Richard Flynn and John E. Nettles, respectfully request that the Court issue an order

granting an extension of time to answer Plaintiff's Second Amended Complaint up to and including July 10, 2023.

## LOCAL RULE 3.01(G) CERTIFICATION

Pursuant to Local Rule 3.01(g), the undersigned counsel has conferred with Plaintiff's counsel regarding the relief sought in this motion. Plaintiff's counsel does not oppose the relief sought in this motion.

Dated this 23rd day of June, 2023.

        Respectfully submitted,

        ALEXANDER DEGANCE BARNETT, P.A.

By: */s/ David E. Chauncey*
    Michelle Bedoya Barnett
    Florida Bar No. 0823201
    E-mail: michelle.barnett@adblegal.com
    David E. Chauncey
    Florida Bar No. 0119497
    E-mail: david.chauncey@adblegal.com
    E-mail: mailbox@adblegal.com
    1500 Riverside Avenue
    Jacksonville, FL 32204
    (904) 345-3277 Telephone
    (904) 345-3294 Facsimile

    *Attorneys for Defendants Aaron Lewis, Jon Eberlein, Daniel Greene, Richard Flynn and John E. Nettles*

## **CERTIFICATE OF SERVICE**

      I hereby certify that June 23, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of this filing to all counsel of record.

                                */s/ David E. Chauncey*
                                Attorney