UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JATOON MOSS, as Personal
Representative for the ESTATE
OF CRAIG RIDLEY, on behalf of the
Estate and Survivors Jatoon Moss
and Gary Ridley,

        Plaintiff,

v.                            Case No. 3:21-cv-1026-MMH-MCR

RICKY DIXON, et al.,

        Defendants.
_____

## ORDER

Defendants Lewis, Eberlein, Greene, Nettles, and Flynn's Unopposed Motion for an Extension of Time for Individual Defendants to Respond to Plaintiff's Second Amended Complaint (Doc. 140) is **GRANTED**. They shall respond to Plaintiff's Second Amended Complaint (Doc. 70) by **July 17, 2023**.

**DONE AND ORDERED** at Jacksonville, Florida, this 12th day of July, 2023.

                                          MONTE C. RICHARDSON
                                          UNITED STATES MAGISTRATE JUDGE

caw 7/11
c:
Counsel of Record