# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

JATOON MOSS, as Personal
Representative for the Estate of
Craig Ridley, on behalf of the Estate
and Survivors Jatoon Moss and
Gary Ridley,

    Plaintiff,

v.                                                      Case No.   3:21-cv-1026-MMH-MCR

RICKY DIXON, in his official
capacity as Secretary of the Florida
Department of Corrections, et al.,

    Defendants.

_____/

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the above styled cause is scheduled for a hearing on the Joint Motion to Modify Scheduling Order and Incorporated Memorandum of Law (Dkt. No. 147) on **WEDNESDAY, AUGUST 30, 2023,** at **2:00 P.M.**, before the Honorable Marcia Morales Howard, United States District Judge.

The hearing will be held by video teleconferencing using Zoom. The Courtroom Deputy Clerk will separately send participants an Outlook invitation with the link, meeting ID, and password.

Participants should dress in appropriate court attire and appear in front of an appropriate professional background.  All persons are hereby reminded that pursuant to Local Rule 5.01, United States District Court, Middle District of Florida, "[n]o one may broadcast, televise, record, or photograph a judicial proceeding, including a proceeding by telephone or video."  Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.

DATE: August 21, 2023

                                                  FOR THE COURT:

                                                  By:  s/ Jodi L. Wiles
                                                        Deputy Clerk

ja
Copies to:
Counsel of Record
Pro Se Parties