# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| JATOON MOSS, as Personal Representative for the Estate of Craig Ridley, on behalf of the Estate and Survivors Jatoon Moss and Gary Ridley<br>v.<br>RICKY DIXON, in his official capacity as Secretary of the Florida Department of Corrections, et al. | CASE NO. 3:21-cv-1026-MMH-MCR |

<u>Counsel for Plaintiff:</u>
James Slater
James Cook

<u>Counsel for Defendants:</u>
Samantha Dunlap-Smart
Dean Johnson
David Chauncey

**HONORABLE MARCIA MORALES HOWARD**
**UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: Jodi L. Wiles          Court Reporter: Shannon Bishop

## CLERK'S MINUTES

PROCEEDINGS OF:   MOTION HEARING (VIA ZOOM)

The Joint Motion to Modify Scheduling Order and Incorporated Memorandum of Law (Dkt. No. 147) is **GRANTED, in part, and DENIED without prejudice, in part**.

**Order to enter.**

Date: August 31, 2023         Time: 11:07 a.m. – 11:20 a.m.         Total: 13 Minutes