**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

JATOON MOSS, as Personal Representative for the Estate of Craig Ridley, on behalf of the Estate and Survivors Jatoon Moss and Gary Ridley,

Plaintiff,

v. Case No. 3:21-cv-1026-MMH-MCR

RICKY DIXON, in his official capacity as Secretary of the Florida Department of Corrections, et al.,

Defendants.
_________________________________/

**O R D E R**

**THIS CAUSE** came before the Court on August 31, 2023, for a hearing on the Joint Motion to Modify Scheduling Order and Incorporated Memorandum of Law (Dkt. No. 147). For the reasons stated on the record during the hearing, it is

**ORDERED:**

1. The Joint Motion to Modify Scheduling Order and Incorporated Memorandum of Law (Dkt. No. 147) is **GRANTED, in part, and DENIED without prejudice, in part**.

2. The Motion is **GRANTED** to the extent that the case management deadlines are extended as follows:

| | |
|---|---|
| Deadline for disclosing expert reports.<br>Plaintiff:<br>Defendant:<br>Rebuttal: | <br>NOVEMBER 9, 2023<br>DECEMBER 15, 2023<br>JANUARY 16, 2024 |
| Deadline for completing discovery and filing motions to compel. | APRIL 1, 2024 |
| Deadline for filing dispositive and Daubert motions (responses due 21 days after service). | MAY 15, 2024 |
| Mediation Deadline:<br>Mediator:<br>Address:<br><br>Telephone: | APRIL 10, 2024<br>**NOTICE DUE**<br>**JANUARY 10, 2024** |
| Deadline for filing all other motions including motions in limine. | OCTOBER 15, 2024 |
| Deadline for filing the joint final pretrial statement. | NOVEMBER 8, 2024 |
| Date and time of the final pretrial conference. | NOVEMBER 18, 2024<br>10:00 A.M. |
| Trial Term Begins | DECEMBER 2, 2024<br>9:00 A.M. |
| Estimated Length of Trial | 10 DAYS |
| Jury/Non-Jury | JURY |

3. Otherwise, the Motion is **DENIED without prejudice**.

**DONE AND ORDERED** in Jacksonville, Florida this 31st day of August, 2023.

**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record