| | |
|---|---|
| **From:** | Sam D. Smart <SSmart@insurancedefense.net> |
| **Sent:** | Thursday, September 7, 2023 4:10 PM |
| **To:** | James M. Slater |
| **Cc:** | Sydney DiPuglia; James Cook; Andrew Scott |
| **Subject:** | RE: notes on 30 b6 & RRFP - Jatoon Moss v. FDOC |

James – I am dedicating time tomorrow to this file, I was supposed to be in trial this week and it settled so I am catching up on some outstanding items. Let me get with you tomorrow.

**Sam D. Smart**
**Junior Partner**

301 West Bay Street
Suite 1010
Jacksonville, FL, 32202
Phone: 904-791-9191
Direct: 904-400-7734
Fax: 904-791-9196



 

CONFIDENTIALITY NOTICE : The information contained in this e-mail is intended only for the confidential use of the recipient(s) named above. This message and its attachments are attorney-client privileged communications, work product and mental impressions of the above sender. If the reader of this message is not the intended recipient or if you have received this communication in error, you are hereby notified that you have received this in error, that you should destroy it, notify us at once and any review, dissemination or copying is strictly prohibited.

**From:** James M. Slater <james@slater.legal>
**Sent:** Thursday, September 7, 2023 10:38 AM
**To:** Sam D. Smart <SSmart@insurancedefense.net>
**Cc:** Lamar Brooks <LBrooks@insurancedefense.net>; James Cook <cookjv@gmail.com>; Andrew Scott <andrew@slater.legal>
**Subject:** Re: notes on 30 b6 & RRFP - Jatoon Moss v. FDOC

Sam,

I hope you're doing well. I wanted to touch base on your review and production. We're also waiting on better responses to the 2d set of discovery requests -- when can we anticipate those? Thank you.

James

**James Slater**

Slater Legal PLLC

113 S. Monroe Street

Tallahassee, FL 32301

Tel. 305-523-9023

slater.legal



On Wed, Aug 9, 2023 at 3:23 PM Sam D. Smart <SSmart@insurancedefense.net> wrote:

James – so random but I found that the 6/30 email with my discovery responses was somehow stuck in my draft folder, so that explains why you didn't get it on 06/30 – not sure why outlook did that. I will be more mindful to make sure my discovery doesn't get stuck in drafts or outbox moving forward. Below are my notes in red.

1. You stated you would circle back with Sean Anderson on the IG documents that we agreed should not have been produced the way they were with superfluous redaction. Please let us know when we can anticipate receiving those reports without those redactions. I went over this with them, the link with the second round of docs they were showing had the redactions removed, we are working on just re-doing it and getting a new link. I cannot access that link I think it expired so I wasn't able to confirm the second link had the redactions removed. Also they are agreeable to producing the blue print that we discussed in our call.

2. We also discussed your office providing better responses to ROG #5, to which you said you would provide better responses, and you said you would confer with Sean on your objections to our second set of discovery. We believe those objections are not appropriate and if we can't get agreement on you providing better answers, please let us know as soon as possible. Yes, I will go through amend my responses to address the concerns you and I discussed. As we discussed, if I can get the info you are requesting I will, some of the answers may just be that the item doesn't exist.

3. We discussed that we have not received any emails yet outside of those appended to reports. We understand that you are attempting to obtain permission to receive the documents through a harddrive or some other device or use an outside vendor as you were not able to download them from the cloud. Please keep us posted on this as we would want to review the emails before taking the 30(b)(6). Yes, this is taking a long time on my end, I am really working with my IT so that I can get the link and downloads working.

4. We discussed the third set of discovery but I don't believe we coordinated on a timeframe for your response. We would ask that you respond no later than 8/18. Please advise if that is acceptable to you. That works I will calendar the deadline.

In other news, I would like to address the discovery deadline with the court – I think we should all request a CMC with the court and amend the case management order – trial is September 2024, I think we can move most of the deadlines 60-90 days and still stay on track for that trial. I am sure that all the remaining parties will file additional dispositive motions prior to trial, so assuming we can move all the deadlines but keep the trial date that is my preference. Again, during my maternity leave I would like an agreement that no discovery or depositions will be directed at the Department, but that I will have someone to cover depositions directed at the other Defendants.

**Sam D. Smart**
**Junior Partner**

301 West Bay Street
Suite 1010
Jacksonville, FL, 32202
Phone: 904-791-9191
Direct: 904-400-7734
Fax: 904-791-9196

CONFIDENTIALITY NOTICE : The information contained in this e-mail is intended only for the confidential use of the recipient(s) named above. This message and its attachments are attorney-client privileged communications, work product and mental impressions of the above sender. If the reader of this message is not the intended recipient or if you have received this communication in error, you are hereby notified that you have received this in error, that you should destroy it, notify us at once and any review, dissemination or copying is strictly prohibited.

---

**From:** James M. Slater <james@slater.legal>
**Sent:** Thursday, August 3, 2023 10:36 AM
**To:** Sam D. Smart <SSmart@insurancedefense.net>
**Cc:** Lamar Brooks <LBrooks@insurancedefense.net>; James Cook <cookjv@gmail.com>; Andrew Scott <andrew@slater.legal>
**Subject:** Re: notes on 30 b6 & RRFP - Jatoon Moss v. FDOC

Sam,

Thanks for the call last week. This email is to memorialize what we discussed.

1. You stated you would circle back with Sean Anderson on the IG documents that we agreed should not have been produced the way they were with superfluous redaction. Please let us know when we can anticipate receiving those reports without those redactions.
2. We also discussed your office providing better responses to ROG #5, to which you said you would provide better responses, and you said you would confer with Sean on your objections to our second set of discovery. We believe those objections are not appropriate and if we can't get agreement on you providing better answers, please let us know as soon as possible.
3. We discussed that we have not received any emails yet outside of those appended to reports. We understand that you are attempting to obtain permission to receive the documents through a harddrive or some other device or use an outside vendor as you were not able to download them from the cloud. Please keep us posted on this as we would want to review the emails before taking the 30(b)(6).
4. We discussed the third set of discovery but I don't believe we coordinated on a timeframe for your response. We would ask that you respond no later than 8/18. Please advise if that is acceptable to you.

Thank you,

James

**James Slater**

Slater Legal PLLC

113 S. Monroe Street

Tallahassee, FL 32301

Tel. 305-523-9023

[slater.legal](slater.legal)

On Thu, Jul 27, 2023 at 11:31 AM James M. Slater <[james@slater.legal](mailto:james@slater.legal)> wrote:

Let's do 2 pm if that works. I'll send a calendar invite with a Zoom link so that we can look at the production together.

James

On Thu, Jul 27, 2023, 11:29 Sam D. Smart <[SSmart@insurancedefense.net](mailto:SSmart@insurancedefense.net)> wrote:

Yes I can do tomorrow afternoon.

**Sam D. Smart**
**Junior Partner**

301 West Bay Street
Suite 1010
Jacksonville, FL 32202
Phone: 904-791-9191
Direct: 904-400-7734
Fax:    904-791-9196

[E-Mail](E-Mail) / [Website](Website) / [Offices](Offices) / [CV](CV)

CONFIDENTIALITY NOTICE : The information contained in this e-mail is intended only for the confidential use of the recipient(s) named above. This message and its attachments are attorney-client privileged communications, work product and mental impressions of the above sender. If the reader of this message is not the intended recipient or if you have received this communication in error, you are hereby notified that you have received this in error, that you should destroy it, notify us at once and any review, dissemination or copying is strictly prohibited.

**From:** James M. Slater <james@slater.legal>
**Sent:** Thursday, July 27, 2023 11:17 AM
**To:** Sam D. Smart <SSmart@insurancedefense.net>
**Cc:** Lamar Brooks <LBrooks@insurancedefense.net>; James Cook <cookjv@gmail.com>; Andrew Scott <andrew@slater.legal>
**Subject:** Re: notes on 30 b6 & RRFP - Jatoon Moss v. FDOC

Sam, are you free tomorrow afternoon instead? If not, I could try to move some things around for later this afternoon.

James

On Thu, Jul 27, 2023, 11:11 Sam D. Smart <SSmart@insurancedefense.net> wrote:

James – I am sorry I forgot I have PTC at 2:15 – can we push our call to 3:15?

**Sam D. Smart**
**Junior Partner**

301 West Bay Street
Suite 1010
Jacksonville, FL 32202
Phone: 904-791-9191
Direct: 904-400-7734
Fax:    904-791-9196

E-Mail / Website / Offices / CV

CONFIDENTIALITY NOTICE : The information contained in this e-mail is intended only for the confidential use of the recipient(s) named above. This message and its attachments are attorney-client privileged communications, work product and mental impressions of the above sender. If the reader of this message is not the intended recipient or if you have received this communication in error, you are hereby notified that you have received this in error, that you should destroy it, notify us at once and any review, dissemination or copying is strictly prohibited.

**From:** James M. Slater <james@slater.legal>
**Sent:** Wednesday, July 26, 2023 8:42 PM

**To:** Sam D. Smart <SSmart@insurancedefense.net>
**Cc:** Lamar Brooks <LBrooks@insurancedefense.net>; James Cook <cookjv@gmail.com>; Andrew Scott <andrew@slater.legal>
**Subject:** Re: notes on 30 b6 & RRFP - Jatoon Moss v. FDOC

Sam,

Thanks for sending this and as you saw I forwarded you the third set that was served last month. I'll call your cell at 2:30 pm tomorrow so that we can discuss. It may also make sense for us to do a Zoom or Google Meet to go through some of the redacted files. We can also talk about these objections. You note in here that you are planning to move for a protective order, is that accurate?

James

**James Slater**

Slater Legal PLLC

113 S. Monroe Street

Tallahassee, FL 32301

Tel. 305-523-9023

slater.legal

On Wed, Jul 26, 2023 at 2:19 PM Sam D. Smart <SSmart@insurancedefense.net> wrote:

James – in regards to the outstanding discovery requests I only had 2nd ROGS, 2nd RFP, and 2nd RFAs from yall – did I miss others that were propounded? I responded to those on 06/30 and have re-attached for reference.

**Sam D. Smart**
**Junior Partner**

301 West Bay Street
Suite 1010
Jacksonville, FL 32202
Phone: 904-791-9191
Direct: 904-400-7734
Fax:    904-791-9196

E-Mail / Website / Offices / CV

**CONFIDENTIALITY NOTICE** : The information contained in this e-mail is intended only for the confidential use of the recipient(s) named above. This message and its attachments are attorney-client privileged communications, work product and mental impressions of the above sender. If the reader of this message is not the intended recipient or if you have received this communication in error, you are hereby notified that you have received this in error, that you should destroy it, notify us at once and any review, dissemination or copying is strictly prohibited.

**From:** James M. Slater <james@slater.legal>
**Sent:** Wednesday, July 26, 2023 2:04 PM
**To:** Sam D. Smart <SSmart@insurancedefense.net>
**Cc:** Lamar Brooks <LBrooks@insurancedefense.net>; James Cook <cookjv@gmail.com>; Andrew Scott <andrew@slater.legal>
**Subject:** Re: notes on 30 b6 & RRFP - Jatoon Moss v. FDOC

Thank you, Sam.

On Wed, Jul 26, 2023, 14:02 Sam D. Smart <SSmart@insurancedefense.net> wrote:

James – yes sorry, I have been preparing for a trial and in events associated with that. I apologize I meant to email you yesterday. I am currently in a settlement conference (monitoring my emails between negotiations) and I will get with Sean now via email and see if he is available to discuss this afternoon after my conference.

**Sam D. Smart**
**Junior Partner**

301 West Bay Street
Suite 1010
Jacksonville, FL 32202
Phone: 904-791-9191
Direct: 904-400-7734
Fax:    904-791-9196

**Error! Filename not specified.**
E-Mail / Website / Offices / CV

**CONFIDENTIALITY NOTICE** : The information contained in this e-mail is intended only for the confidential use of the recipient(s) named above. This

message and its attachments are attorney-client privileged communications, work product and mental impressions of the above sender. If the reader of this message is not the intended recipient or if you have received this communication in error, you are hereby notified that you have received this in error, that you should destroy it, notify us at once and any review, dissemination or copying is strictly prohibited.

**From:** James M. Slater <james@slater.legal>
**Sent:** Wednesday, July 26, 2023 1:57 PM
**To:** Sam D. Smart <SSmart@insurancedefense.net>
**Cc:** Lamar Brooks <LBrooks@insurancedefense.net>; James Cook <cookjv@gmail.com>; Andrew Scott <andrew@slater.legal>
**Subject:** Re: notes on 30 b6 & RRFP - Jatoon Moss v. FDOC

Sam,

I would like to give you the benefit of the doubt here, before we proceed with motion practice. Can you please respond to at least let us know that you have received my email about the outstanding matters? Thank you.

James

**James Slater**

Slater Legal PLLC

113 S. Monroe Street

Tallahassee, FL 32301

Tel. 305-523-9023

slater.legal

Error! Filename not specified.

On Mon, Jul 24, 2023 at 10:06 PM James M. Slater <james@slater.legal> wrote:

Sam,

I am following up on these items below, particularly the Department's responses to outstanding discovery requests and production of additional documents, including emails.

James

**James Slater**

Slater Legal PLLC

113 S. Monroe Street

Tallahassee, FL 32301

Tel. 305-523-9023

[slater.legal](slater.legal)

> **Error! Filename not specified.**

On Thu, Jul 20, 2023 at 10:27 PM James M. Slater <[james@slater.legal](james@slater.legal)> wrote:

> Sam,
>
> Sorry for the delay. Here is our revised 30(b)(6) notice. There are few topics you objected to that we won't agree to remove, so we can note your objections to them, but otherwise, we have made significant changes to accommodate your requests.
>
> I am not sure why the documents being in the disciplinary file would affect the redactions, so I'm happy to chat to better understand your client's position. The reports are all identified in the 30(b)(6) notice and some of them have nothing to do with individual discipline, like the IG reports. In addition, we have not received full production of the records, including the emails that were supposed to be forthcoming. Please confirm that we will receive those documents within the next week.

Finally, we have the second and third set of discovery to FDC which are overdue, including with the extension we provided for the second set. Please confirm that you will be responding and providing documents within the next week.

Thanks,

James

**James Slater**

Slater Legal PLLC

113 S. Monroe Street

Tallahassee, FL 32301

Tel. 305-523-9023

[slater.legal](slater.legal)

Error! Filename not specified.

On Mon, Jul 10, 2023 at 1:55 PM Sam D. Smart <[SSmart@insurancedefense.net](mailto:SSmart@insurancedefense.net)> wrote:

James – if it went into the disciplinary file, then we cannot un-redact it because that is how it goes into the personnel disciplinary file. So that information is elsewhere and should be not redacted. But without additional context I cannot figure out if that's a screw up that needs to be fixed. I would need to know the file names/report numbers that have these issues and I would need you to confirm THEY ARE NOT a part of a disciplinary file. We can def fix this quick if it is mistake in the redactions.

Emails are still forthcoming due to size and file type they aren't opening so I am trying to get them in a proper format.

30 B6 issues, where are you on responding to some of the below? I also in topics 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, &12 – basically all the ones you are asking about training – I don't know what you are actually asking for – like the list of the classes they took, the curriculum, the substance of the course – because if it just about someone reading a list of what training someone received that is someone else that someone who would be knowledgeable about the course itself. So currently the way #1 reads, because it is not worded well, we have 3 people to testify about #1 – which then makes #6 and #1 the same. I need to know exactly what you want them to know or what you are asking. I am not sure if that is making sense to you via email but basically like the

topics are too broadly written so each topic that we don't have a huge issue with means multiple people would testify as to one topic which I don't think is your goal.

- So 4, 5, 7, 8, 9, 10, 23, 24 will agree if narrowed to the year of the alleged use of force incident

- 14 would need to be more specific in time and scope – also "staff misconduct" would need to be clarified.

- We maintain our objection to #15

- 17 okay

- 19 "treatment" needs to be defined and would need to be solely within the timeframe of the alleged incident.

- We maintain our objection to 20

- We maintain objections to 22 and 25 as subsequent remedial measures so discovery not likely to lead to the discovery of admissible evidence

- I have the tech person who would testify for #26

- **I don't understand the difference between 27 and 29 – I will only provide someone who is knowledgeable about what you produced not what you requested since we objected to certain items. And to the extent you want someone prepped for the docs produced then I need to know what docs, because you cast such a wide net in your RFPs the catchalls are too broad, you need to narrow it down to categories of documents produced.**

- And maintain objection to 30

**Sam D. Smart**
**Junior Partner**

301 West Bay Street
Suite 1010
Jacksonville, FL 32202
Phone: 904-791-9191
Direct: 904-400-7734
Fax:    904-791-9196

**Error! Filename not specified.**
E-Mail / Website / Offices / CV

CONFIDENTIALITY NOTICE : The information contained in this e-mail is intended only for the confidential use of the recipient(s) named above. This message and its attachments are attorney-client privileged communications, work product and mental impressions of the above sender. If the reader of this message is not the intended recipient or if you have received this communication in error, you are hereby notified that you have received this in error, that you should destroy it, notify us at once and any review, dissemination or copying is strictly prohibited.

**From:** Sam D. Smart
**Sent:** Wednesday, July 5, 2023 11:12 AM
**To:** 'James M. Slater' <james@slater.legal>
**Cc:** Lamar Brooks <LBrooks@insurancedefense.net>; James Cook <cookjv@gmail.com>; Andrew Scott <andrew@slater.legal>
**Subject:** RE: notes on 30 b6

James – emails are forthcoming. I could not get the link sent to me with the emails by Kristy to work so they are re-doing it. Kristy and Sean are out today I will get with them on the redaction issues to state below.

**Sam D. Smart**
**Junior Partner**

301 West Bay Street
Suite 1010
Jacksonville, FL 32202
Phone: 904-791-9191
Direct: 904-400-7734
Fax:    904-791-9196

**Error! Filename not specified.**
E-Mail / Website / Offices / CV

**CONFIDENTIALITY NOTICE** : The information contained in this e-mail is intended only for the confidential use of the recipient(s) named above. This message and its attachments are attorney-client privileged communications, work product and mental impressions of the above sender. If the reader of this message is not the intended recipient or if you have received this communication in error, you are hereby notified that you have received this in error, that you should destroy it, notify us at once and any review, dissemination or copying is strictly prohibited.

**From:** James M. Slater <james@slater.legal>
**Sent:** Friday, June 30, 2023 9:47 PM
**To:** Sam D. Smart <SSmart@insurancedefense.net>
**Cc:** Lamar Brooks <LBrooks@insurancedefense.net>; James Cook <cookjv@gmail.com>; Andrew Scott <andrew@slater.legal>
**Subject:** Re: notes on 30 b6

Sam --

I just opened the link from Kristy and it looks like the emails aren't in there, so I assume they're forthcoming. I'm also noting that the previously unproduced report is there, but that reported and the ones reproduced, although <u>less</u> redacted, are still unacceptable. There are full-page redactions in the reports and some of the redactions appear to obscure clearly material evidence. I'm copying some examples below:

**Error! Filename not specified.**


**Error! Filename not specified.**

We would like to agree with FDC, as we have in other cases, only to redact SSNs, DOBs, addresses, and employee IDs. We have an HQPO and confi order in place. We cannot prosecute our cases with documents like these. Please let us know if your client will agree to those parameters.


Thanks,
James



**James Slater**

Slater Legal PLLC

113 S. Monroe Street

Tallahassee, FL 32301

Tel. 305-523-9023

[slater.legal](slater.legal)


Error! Filename not specified.



On Fri, Jun 30, 2023 at 11:48 AM Sam D. Smart <SSmart@insurancedefense.net> wrote:

James – please see updated information below. Working on the link now.


- IG: additional reports have been uploaded to a link that is coming soon, I am just working on getting it downloaded and to you – it is quite large

- Email search results are in the link that is coming soon, I am just working on getting it downloaded and to you – it is quite large

- Kitchen Roster: We do not have the documentation due to not keeping the documentation that long in addition to the food service department changing over to Aramark since.

- Policy: a redacted copy of the Hunger strike has been added to the link that I am working on today.

- Discipline: Jerrels and Greene have been added to the link I am working on today.

- Randall Polk was the AWP at RMC which would've made him the institutional ADA coordinator. Lynn Garst was the statewide coordinator at that time. This was before we had our regional coordinators in place.

- 30 b6: We are working on gathering the list of names of people who would testify regarding the topics, Sean said for topic #26 he will identify someone for testifying regarding the same. As soon as he gets me the list of names and availability I will get it to you.

**Sam D. Smart**
**Junior Partner**

301 West Bay Street
Suite 1010
Jacksonville, FL 32202
Phone: 904-791-9191
Direct: 904-400-7734
Fax:    904-791-9196

**Error! Filename not specified.**
E-Mail / Website / Offices / CV

**CONFIDENTIALITY NOTICE** : The information contained in this e-mail is intended only for the confidential use of the recipient(s) named above. This message and its attachments are attorney-client privileged communications, work product and mental impressions of the above sender. If the reader of this message is not the intended recipient or if you have received this communication in error, you are hereby notified that you have received this in error, that you should destroy it, notify us at once and any review, dissemination or copying is strictly prohibited.

**From:** Sam D. Smart
**Sent:** Thursday, June 29, 2023 9:56 AM
**To:** 'James M. Slater' <james@slater.legal>
**Cc:** Lamar Brooks <LBrooks@insurancedefense.net>; James Cook <cookjv@gmail.com>
**Subject:** RE: notes on 30 b6

James – I do have an update on a few things. I am trying to get dates from Sean. I will follow up with him today and hopefully have the link to you today as well. I appreciate your continued patience and I apologize for the delay.

- Requests for emails: the search terms you gave me returned 17,323 emails. I am trying to get them on a link.

- 30 B6 issues:

○  So 4, 5, 7, 8, 9, 10, 23, 24 will agree if narrowed to the year of the alleged use of force incident

○  14 would need to be more specific in time and scope – also "staff misconduct" would need to be clarified.

○  We maintain our objection to #15

○  17 okay

○  19 "treatment" needs to be defined and would need to be solely within the timeframe of the alleged incident.

○  We maintain our objection to 20

○  We maintain objections to 22 and 25 as subsequent remedial measures so discovery not likely to lead to the discovery of admissible evidence

○  **Waiting to hear back from Sean Anderson on #26**

○  29 okay

○  And maintain objection to 30

**Sam D. Smart**
**Junior Partner**

301 West Bay Street
Suite 1010
Jacksonville, FL 32202
Phone: 904-791-9191
Direct: 904-400-7734
Fax:   904-791-9196

**Error! Filename not specified.**
E-Mail / Website / Offices / CV

CONFIDENTIALITY NOTICE : The information contained in this e-mail is intended only for the confidential use of the recipient(s) named above. This message and its attachments are attorney-client privileged communications, work product and mental impressions of the above sender. If the reader of this message is not the intended recipient or if you have received this communication in error, you are hereby notified that you have received this in error, that you should destroy it, notify us at once and any review, dissemination or copying is strictly prohibited.

**From:** James M. Slater <james@slater.legal>
**Sent:** Thursday, June 29, 2023 9:35 AM
**To:** Sam D. Smart <SSmart@insurancedefense.net>
**Cc:** Lamar Brooks <LBrooks@insurancedefense.net>; James Cook <cookjv@gmail.com>
**Subject:** Re: notes on 30 b6

Sam,

We're still waiting on your clarified response to our 30(b)(6), some proposed dates for the designees, and the documents we requested several weeks ago -- the unredacted reports, the documents that weren't provided that were identified in our M&C letter, the information we asked for that we were told we'd get back (like the identity of the ADA coordinator at the time). We have been exceedingly patient, but, as you can understand, if we don't start receiving the documents and narrowing the 30(b)(6) soon, we're going to have to ask the Court for help. Please advise.

Thanks,

James

**James Slater**

Slater Legal PLLC

113 S. Monroe Street

Tallahassee, FL 32301

Tel. 305-523-9023

slater.legal

Error! Filename not specified.

On Tue, Jun 20, 2023 at 4:37 PM James M. Slater <james@slater.legal> wrote:

Thanks, Sam. Any idea when you'll expect to hear back from Sean?

James

**James Slater**

Slater Legal PLLC

113 S. Monroe Street

Tallahassee, FL 32301

Tel. 305-523-9023

slater.legal

Error! Filename not specified.

On Tue, Jun 20, 2023 at 2:46 PM Sam D. Smart <SSmart@insurancedefense.net> wrote:

James' – I am not leaving yall hanging on this, I have been in touch with Sean, he said he is gathering information. I have also reached out on getting dates for the 30 b6 designees and am waiting on agreement with the topics based on the case law provided.

**Sam D. Smart**
**Junior Partner**

301 West Bay Street
Suite 1010
Jacksonville, FL 32202
Phone: 904-791-9191
Direct: 904-400-7734
Fax:    904-791-9196

**Error! Filename not specified.**
E-Mail / Website / Offices / CV

**CONFIDENTIALITY NOTICE** : The information contained in this e-mail is intended only for the confidential use of the recipient(s) named above. This message and its attachments are attorney-client privileged communications, work product and mental impressions of the above sender. If the reader of this message is not the intended recipient or if you have received this communication in error, you are hereby notified that you have received this in error, that you should destroy it, notify us at once and any review, dissemination or copying is strictly prohibited.

**From:** James M. Slater <james@slater.legal>
**Sent:** Friday, June 16, 2023 10:54 AM
**To:** Sam D. Smart <SSmart@insurancedefense.net>

**Cc:** Lamar Brooks <LBrooks@insurancedefense.net>; James Cook <cookjv@gmail.com>
**Subject:** Re: notes on 30 b6

No objection and no motion required. Thanks.

James

**James Slater**

Slater Legal PLLC

113 S. Monroe Street

Tallahassee, FL 32301

Tel. 305-523-9023

slater.legal

Error! Filename not specified.

On Fri, Jun 16, 2023 at 10:45 AM Sam D. Smart <SSmart@insurancedefense.net> wrote:

James - thank you - I am going to get with Sean today

I see that some additional discovery responses are due today. I have met with Sean about them, I need to follow up with him on some items we discussed when we reviewed the supplemental requests a while back - can I have another two weeks to respond? So not next Friday but the following?

I don't think this type of extension requires a motion with the court

Kindest Regards,

Sam Smart, Esq.

P: 904-791-9191

Sent from my iPhone. Forgive the brevity, the typos, and the lack of nuance.

On Jun 14, 2023, at 10:34 PM, James M. Slater <james@slater.legal> wrote:

Sorry to hear that, Sam. I hope they feel better soon.

James

**James Slater**

Slater Legal PLLC

113 S. Monroe Street

Tallahassee, FL 32301

Tel. 305-523-9023

slater.legal

Error! Filename not specified.

On Wed, Jun 14, 2023 at 4:42 PM Sam D. Smart <SSmart@insurancedefense.net> wrote:

James - I am really limited this week with access to my files due to a family Member having surgery and having lots of apts and hospital time. I will

Get with Sean as soon as I'm Back at my desk this week

Kindest Regards,


Sam Smart, Esq.

P: 904-791-9191


Sent from my iPhone. Forgive the brevity, the typos, and the lack of nuance.


> On Jun 13, 2023, at 11:02 PM, James M. Slater <james@slater.legal>
> wrote:
>
>
> Sam,
>
>
> Have you been able to speak with Sean about the scope objections? It'd
> be great to have an updated list of what you want us to try to narrow,
> what you object to, etc. Thanks.
>
>
> James
>
>
>
> **James Slater**
>
> Slater Legal PLLC
>
> 113 S. Monroe Street
>
> Tallahassee, FL 32301
>
> Tel. 305-523-9023
>
> slater.legal
>
>
> **Error! Filename not specified.**

On Thu, Jun 8, 2023 at 11:35 AM James M. Slater <james@slater.legal> wrote:

Thank you, Sam.


As I mentioned on the call, our Rule 30(b)(6) deposition of FDC's designees is not limited to the claims we have asserted against FDC (in this case violation of Title II), but rather any matter relevant to "**any party's claim or defense**" under Rule 26(b)(1). I am including some caselaw supporting this proposition:

- Salzbach v. Hartford Ins. Co. of the Midwest, No. 8:12-CV-01645-T-MAP, 2013 WL 12098763, at *1 (M.D. Fla. Apr. 19, 2013):

  - The party seeking to take a Fed. R. Civ. P. 30(b)(6) deposition may inquire as to matters falling within the broad scope of discovery, which Fed. R. Civ. P. 26(b) defines as "any nonprivileged matter that is relevant to any party's claim or defense." Fed. R. Civ. P. 26(b)(1). Relevancy for purposes of Fed. R. Civ. P. 26(b) encompasses discovery which appears reasonably calculated to lead to the discovery of admissible evidence even though the information may not actually be admissible at trial. Id.

- Regions Bank v. Kaplan, No. 8:12-CV-1837-T-17MAP, 2015 WL 13708449, at *1 (M.D. Fla. Aug. 24, 2015):

  - The party seeking to take a 30(b)(6) deposition may inquire as to matters falling within the broad scope of discovery, which Rule 26(b) defines as "any nonprivileged matter that is relevant to any party's claim or defense." Fed. R. Civ. P. 26(b)(1).