UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 3:21-CV-1026

JATOON MOSS, AS PERSONAL REPRESENTATIVE, FOR THE ESTATE OF CRAIG RIDLEY, ON BEHALF OF THE ESTATE AND SURVIVORS JATOON MOSS AND GARY RIDLEY,

 Plaintiff(s),

v.

RICKY DIXON, AS SECRETARY OF THE FLORIDA DEPARTMENT OF CORRECTIONS AND ROBERT E. SMITH, JR.; WILLIAM JEFFERY JERRELS; JOHN E. NETTLES; JACOB ANDERSON; DANIEL KLEIN; JASON LIVINGSTON; JOHN MYITRAY; AARON LEWIS; JON EBERLEIN; STEVEN POTOSKY; DANIEL GREENE; ROY HARDEN; ROYCE GIVENS; RICHARD FYLNN; LONNIE UNDERWOOD; AMANDA COREY; STEPHANIE WINNINGHAM; JEAN DURE; IN THEIR INDIVIDUAL CAPACITIES,

 Defendant(s).
_____/

## NOTICE OF SERVING DEFENDANT, RICKY DIXON, AS SECRETARY OF THE FLORIDA DEPARTMENT OF CORRECTIONS' UNVERIFIED ANSWERS TO INTERROGATORIES

COMES NOW Defendant, RICKY DIXON, by and through the undersigned counsel, and hereby gives notice of serving Defendant's Answers to Plaintiff's Interrogatories.

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via Electronic Mail, to all counsel of record on the attached Service List, on June 30, 2023.

> LUKS, SANTANIELLO, PETRILLO, COHEN & PETERFRIEND
> Attorneys for Defendant
> 301 W BAY STREET
> SUITE 1010
> JACKSONVILLE, FL 32202
> Telephone: (904) 791-9191
> Facsimile: (904) 791-9196
>
> By: /s/ *Sam D. Smart*
> TODD T. SPRINGER
> Florida Bar No.: 178410
> Sam D. Smart
> Florida Bar No.: 95951
> LUKSJAX-Pleadings@LS-Law.com

### SERVICE LIST

LAW OFFICE OF JAMES COOK
James V. Cook, Esq.
314 West Jefferson Street
Tallahassee, Florida 32301
cookjv@gmail.com

## DEFENDANT'S UNVERIFIED ANSWERS TO INTERROGATORIES

1. Please explain your understanding of the process of "gaining" and inmate into confinement , as your agents discussed with the individual defendants in connection with its investigation into the death of Ridley.

**Answer: Response: OBJECTION: This interrogatory is irrelevant and immaterial to the pending cause of action against this Defendant, and therefore unlikely to lead to discovery of admissible evidence. Defendant will be moving under separate cover for protective order from having to respond to this type of discovery.**

2. Please identify any policy changes you have made since Ridley's death to prevent "gaining" inmates into confinement without paperwork.

**Answer: Response: OBJECTION: This interrogatory is irrelevant and immaterial to the pending cause of action against this Defendant, and therefore unlikely to lead to discovery of admissible evidence. Defendant will be moving under separate cover for protective order from having to respond to this type of discovery.**

3. Please identify "many failures that took place" involving Ridley, as referenced by Michelle Glady on page 3A of the Miami Herald Article attached as exhibit A, and specifically how FDC "failed Ridley".

**Answer: Response: OBJECTION: This interrogatory is irrelevant and immaterial to the pending cause of action against this Defendant, and therefore unlikely to lead to discovery of admissible evidence. Defendant will be moving under separate cover for protective order from having to respond to this type of discovery.**

4. Please explain how and what you have "learned from" the events involving Ridley, as referenced by Michelle Glady on page 3A of the Miami Herald Article attached as exhibit A.

**Answer: Response: OBJECTION: This interrogatory is irrelevant and immaterial to the pending cause of action against this Defendant, and therefore unlikely to lead to discovery of admissible evidence. Defendant will be moving under separate cover for protective order from having to respond to this type of discovery.**

5. Please identify any and all policy changes you and Centurion made in response to Ridley's death, including, without limitation, any changes made to camera locations at RMC and/or the ability of correctional officers to take inmates

to areas that are outside the view of fixed-wing cameras at RMC and/or other facilities.

**Answer: Response: OBJECTION: This interrogatory is irrelevant and immaterial to the pending cause of action against this Defendant, and therefore unlikely to lead to discovery of admissible evidence. Defendant will be moving under separate cover for protective order from having to respond to this type of discovery.**

6. Please identify the two cases identified on page 4A in the Miami Herald article attached as Exhibit A where the author writes " Florida correctional officers have broken the necks of inmates-leaving one woman paralyzed and another man dead."

**Answer: Response: OBJECTION: This interrogatory is irrelevant and immaterial to the pending cause of action against this Defendant, and therefore unlikely to lead to discovery of admissible evidence. Defendant will be moving under separate cover for protective order from having to respond to this type of discovery.**

6. Please identify any and all FDC employees and/or contractors who were terminated as a result of the investigations into the death of Ridley and whether FDC referred any of these individuals to the United States Attorney's Office or state prosecutors for prosecution. For each such referral, detail the basis and any recommendation for DFC to either of these agencies.

**Answer: Response: OBJECTION: This interrogatory is irrelevant and immaterial to the pending cause of action against this Defendant, and therefore unlikely to lead to discovery of admissible evidence. Defendant will be moving under separate cover for protective order from having to respond to this type of discovery.**

_____

AFFIANT

BEFORE ME, the undersigned authority, personally appeared _____, to me known to be the person described herein, who produced a driver's license as identification, and upon first be duly cautioned and sworn, acknowledged before me that he/she executed the foregoing and that the same are true and correct to the best of his/her knowledge, information and belief.

WITNESS my hand and official seal this _____day of _____, 20\_\_\_.

_____
Notary Public

_____
Print Name

My Commission Expires: