| | |
|---|---|
| **From:** | Sam D. Smart <SSmart@insurancedefense.net> |
| **Sent:** | Wednesday, September 20, 2023 11:36 AM |
| **To:** | James M. Slater; Sydney DiPuglia |
| **Cc:** | Corey J. Kildow; Shaleigh Taylor-Fraley |
| **Subject:** | RE: Moss - Videos |

James – per our call:

- ETA for first two inboxes are Friday – remaining 6 may fall on Corey, but I will email you Monday if no baby came over the weekend
- 2nd RROGS you are giving me two weeks to get better answers.
- I will get with Sean on the videos that don't work, and on the issue with the size difference.
- 2nd RRFP we are working on getting the stuff because it would be in the emails and I am working on this while going through the email
- I am going to look for the search terms to make sure I get everything to you (if you can send me the letter)

**Sam D. Smart**
**Junior Partner**

301 West Bay Street
Suite 1010
Jacksonville, FL, 32202
Phone: 904-791-9191
Direct: 904-400-7734
Fax: 904-791-9196



 

CONFIDENTIALITY NOTICE : The information contained in this e-mail is intended only for the confidential use of the recipient(s) named above. This message and its attachments are attorney-client privileged communications, work product and mental impressions of the above sender. If the reader of this message is not the intended recipient or if you have received this communication in error, you are hereby notified that you have received this in error, that you should destroy it, notify us at once and any review, dissemination or copying is strictly prohibited.

**From:** James M. Slater <james@slater.legal>
**Sent:** Wednesday, September 20, 2023 11:04 AM
**To:** Sydney DiPuglia <SDiPuglia@insurancedefense.net>
**Cc:** Sam D. Smart <SSmart@insurancedefense.net>; Corey J. Kildow <CKildow@insurancedefense.net>; Shaleigh Taylor-Fraley <STaylor-Fraley@insurancedefense.net>
**Subject:** Re: Moss - Videos

Sam -- are you still planning to call today?

James

James Slater

Slater Legal PLLC

113 S. Monroe Street

Tallahassee, FL 32301

Tel. 305-523-9023

slater.legal

**SLATER LEGAL PLLC**

On Mon, Sep 18, 2023 at 9:19 PM James M. Slater <james@slater.legal> wrote:
> Yes, that works. Thank you.
>
> James Slater
>
> Slater Legal PLLC
>
> 113 S. Monroe Street
>
> Tallahassee, FL 32301
>
> Tel. 305-523-9023
>
> slater.legal
>
> **SLATER LEGAL PLLC**
>
> On Mon, Sep 18, 2023 at 4:07 PM Sydney DiPuglia <SDiPuglia@insurancedefense.net> wrote:
>> Perfect! Sam will call you at 305-523-9023, if that's okay.
>>
>> **Sydney DiPuglia**
>> **Legal Assistant to Sam Smart**

2

301 West Bay Street
Suite 1010
Jacksonville, FL, 32202
Phone: 904-791-9191
Direct: 904-418-7791
Fax: 904-791-9196

CONFIDENTIALITY NOTICE : The information contained in this e-mail is intended only for the confidential use of the recipient(s) named above. This message and its attachments are attorney-client privileged communications, work product and mental impressions of the above sender. If the reader of this message is not the intended recipient or if you have received this communication in error, you are hereby notified that you have received this in error, that you should destroy it, notify us at once and any review, dissemination or copying is strictly prohibited.

**From:** James M. Slater <james@slater.legal>
**Sent:** Monday, September 18, 2023 4:06 PM
**To:** Sydney DiPuglia <SDiPuglia@insurancedefense.net>
**Cc:** Sam D. Smart <SSmart@insurancedefense.net>; Corey J. Kildow <CKildow@insurancedefense.net>; Shaleigh Taylor-Fraley <STaylor-Fraley@insurancedefense.net>
**Subject:** Re: Moss - Videos

Wednesday at 11 am works. Thank you.

**James Slater**

Slater Legal PLLC

113 S. Monroe Street

Tallahassee, FL 32301

Tel. 305-523-9023

slater.legal

On Mon, Sep 18, 2023 at 4:05 PM Sydney DiPuglia <SDiPuglia@insurancedefense.net> wrote:

> Hi James,

Following up on the below.

Thank you,

**Sydney DiPuglia**
**Legal Assistant to Sam Smart**

301 West Bay Street
Suite 1010
Jacksonville, FL, 32202
Phone: 904-791-9191
Direct: 904-418-7791
Fax: 904-791-9196

CONFIDENTIALITY NOTICE : The information contained in this e-mail is intended only for the confidential use of the recipient(s) named above. This message and its attachments are attorney-client privileged communications, work product and mental impressions of the above sender. If the reader of this message is not the intended recipient or if you have received this communication in error, you are hereby notified that you have received this in error, that you should destroy it, notify us at once and any review, dissemination or copying is strictly prohibited.

**From:** Sydney DiPuglia <SDiPuglia@insurancedefense.net>
**Sent:** Friday, September 15, 2023 4:52 PM
**To:** Sam D. Smart <SSmart@insurancedefense.net>; James M. Slater <james@slater.legal>
**Cc:** Corey J. Kildow <CKildow@insurancedefense.net>; Shaleigh Taylor-Fraley <STaylor-Fraley@insurancedefense.net>
**Subject:** RE: Moss - Videos

Hi James,

Please see below for Sam's availability next week for a team's meeting:

- ~~Monday, 9/18: 12:30pm~~
- ~~Tuesday, 9/19: 3:30pm~~
- Wednesday, 9/20: 11:00am
- Friday, 9/22: anytime between 11:00am-3:00pm

Let me know what works best for you.

Thank you!

**Sydney DiPuglia**
**Legal Assistant to Sam Smart**

301 West Bay Street
Suite 1010
Jacksonville, FL, 32202
Phone: 904-791-9191
Direct: 904-418-7791
Fax: 904-791-9196

CONFIDENTIALITY NOTICE : The information contained in this e-mail is intended only for the confidential use of the recipient(s) named above. This message and its attachments are attorney-client privileged communications, work product and mental impressions of the above sender. If the reader of this message is not the intended recipient or if you have received this communication in error, you are hereby notified that you have received this in error, that you should destroy it, notify us at once and any review, dissemination or copying is strictly prohibited.

**From:** Sam D. Smart <SSmart@insurancedefense.net>
**Sent:** Friday, September 15, 2023 4:06 PM
**To:** James M. Slater <james@slater.legal>
**Cc:** Sydney DiPuglia <SDiPuglia@insurancedefense.net>; Corey J. Kildow <CKildow@insurancedefense.net>; Shaleigh Taylor-Fraley <STaylor-Fraley@insurancedefense.net>
**Subject:** RE: Moss - Videos

James – yes of course – please include Sydney my assistant on all emails and she will assist in scheduling a teams meeting.

Additionally, I am including the covering attorney and her paralegal on this email – as we go into the weekend you never know if baby will come early. Corey is the covering attorney and Shaleigh is her paralegal.

We can just keep them on our emails from here on out so that if I do go out, they are in the loop where you and I left off.

**Sam D. Smart**
**Junior Partner**

301 West Bay Street
Suite 1010
Jacksonville, FL, 32202
Phone: 904-791-9191
Direct: 904-400-7734
Fax: 904-791-9196

CONFIDENTIALITY NOTICE : The information contained in this e-mail is intended only for the confidential use of the recipient(s) named above. This message and its attachments are attorney-client privileged communications, work product and mental impressions of the above sender. If the reader of this message is not the intended recipient or if you have received this communication in error, you are hereby notified that you have received this in error, that you should destroy it, notify us at once and any review, dissemination or copying is strictly prohibited.

**From:** James M. Slater <james@slater.legal>
**Sent:** Friday, September 15, 2023 8:50 AM
**To:** Sam D. Smart <SSmart@insurancedefense.net>
**Subject:** Re: Moss - Videos

Thank you, Sam. Can we talk next week on where we are with everything?

James

**James Slater**

Slater Legal PLLC

113 S. Monroe Street

Tallahassee, FL 32301

Tel. 305-523-9023

slater.legal

On Fri, Sep 15, 2023 at 8:11 AM Sam D. Smart <SSmart@insurancedefense.net> wrote:

> James - we did and I am working on it - I will also try to get the other videos you listed that aren't working
>
> Kindest Regards,
>
> Sam Smart, Esq.
>
> P: 904-791-9191
>
> Sent from my iPhone. Forgive the brevity, the typos, and the lack of nuance.

**Sam D. Smart**
**Junior Partner**

301 West Bay Street
Suite 1010
Jacksonville, FL, 32202
Phone: 904-791-9191
Direct: 904-400-7734
Fax: 904-791-9196

CONFIDENTIALITY NOTICE : The information contained in this e-mail is intended only for the confidential use of the recipient(s) named above. This message and its attachments are attorney-client privileged communications, work product and mental impressions of the above sender. If the reader of this message is not the intended recipient or if you have received this communication in error, you are hereby notified that you have received this in error, that you should destroy it, notify us at once and any review, dissemination or copying is strictly prohibited.

On Sep 14, 2023, at 10:04 PM, James M. Slater <james@slater.legal> wrote:

Sam,

Separately,

Did we talk about the handheld video? We have a copy we received as a PRR, but it is obscured and redacted. We'd ask that your client turn over the handheld video footage without redaction. Thanks.

James

**James Slater**

Slater Legal PLLC

113 S. Monroe Street

Tallahassee, FL 32301

Tel. 305-523-9023

slater.legal

7

On Thu, Sep 14, 2023 at 9:52 PM James M. Slater <james@slater.legal> wrote:

Sam,

Can you have your client resend these videos to us, they somehow became corrupted in our system:

0. Video/main_ch00000007_170912-0015_170913-0000-3.avr
1. Video/main_ch00000007_170912-0015_170913-0000-4.avr
2. Video/main_ch00000007_170912-0015_170913-0000-5.avr
3. Video/main_ch00000007_170912-0015_170913-0000-6.avr
4. Video/main_ch00000007_170912-0015_170913-0000-7.avr
5. Video/main_ch00000007_170913-0001_170914-0015.avr
6. Video/main_ch00000007_170913-0001_170914-0015-1.avr

**James Slater**

Slater Legal PLLC

113 S. Monroe Street

Tallahassee, FL 32301

Tel. 305-523-9023

slater.legal