| | |
|---|---|
| **From:** | Sam D. Smart <SSmart@insurancedefense.net> |
| **Sent:** | Monday, September 11, 2023 1:05 PM |
| **To:** | James M. Slater |
| **Cc:** | Sydney DiPuglia; James Cook |
| **Subject:** | RE: Moss v. Dixon (subpoena - Ridley); FDLE Docket No. PRR-2023-758 |

Understood, I will see relay the total size information and get back with you.

**Sam D. Smart**
**Junior Partner**

301 West Bay Street
Suite 1010
Jacksonville, FL, 32202
Phone: 904-791-9191
Direct: 904-400-7734
Fax: 904-791-9196



 

CONFIDENTIALITY NOTICE : The information contained in this e-mail is intended only for the confidential use of the recipient(s) named above. This message and its attachments are attorney-client privileged communications, work product and mental impressions of the above sender. If the reader of this message is not the intended recipient or if you have received this communication in error, you are hereby notified that you have received this in error, that you should destroy it, notify us at once and any review, dissemination or copying is strictly prohibited.

**From:** James M. Slater <james@slater.legal>
**Sent:** Monday, September 11, 2023 1:04 PM
**To:** Sam D. Smart <SSmart@insurancedefense.net>
**Cc:** Sydney DiPuglia <SDiPuglia@insurancedefense.net>; James Cook <cookjv@gmail.com>
**Subject:** Re: Moss v. Dixon (subpoena - Ridley); FDLE Docket No. PRR-2023-758

I have not received them yet because FDLE has to obtain 4 external harddrives to produce them to us. FDLE does not have software to view them at this point, but even with compression, we're talking 1000% reduction in file size. I cannot imagine that this is just a compression issue. We can certainly see what FDLE produces and compare them, but I was hoping your client would have some record of what it provided to FDLE so that we can ensure that what was produced was not a subset of that.

James



**James Slater**

Slater Legal PLLC

113 S. Monroe Street

1

Tallahassee, FL 32301

Tel. 305-523-9023

slater.legal

**SL | SLATER LEGAL PLLC**

On Mon, Sep 11, 2023 at 11:35 AM Sam D. Smart <SSmart@insurancedefense.net> wrote:

> have you opened them and identified what the difference is? I can't have a call with you about file size if I don't know how the files are different.
>
> Kindest Regards,
>
> Sam Smart, Esq.
> P: 904-791-9191
>
> Sent from my iPhone. Forgive the brevity, the typos, and the lack of nuance.
>
> **Sam D. Smart**
> **Junior Partner**
>
> 301 West Bay Street
> Suite 1010
> Jacksonville, FL, 32202
> Phone: 904-791-9191
> Direct: 904-400-7734
> Fax: 904-791-9196
>
> CONFIDENTIALITY NOTICE : The information contained in this e-mail is intended only for the confidential use of the recipient(s) named above. This message and its attachments are attorney-client privileged communications, work product and mental impressions of the above sender. If the reader of this message is not the intended recipient or if you have received this communication in error, you are hereby notified that you have received this in error, that you should destroy it, notify us at once and any review, dissemination or copying is strictly prohibited.
>
>> On Sep 11, 2023, at 7:50 AM, James M. Slater <james@slater.legal> wrote:
>>
>> Sam,
>>
>> You folks produced something like 16-19GB of video in this case. FDLE tells me that FDC turned over 16TB of video. That is quite a difference...
>>
>> James
>>
>> On Fri, Sep 8, 2023, 15:53 Sam D. Smart <ssmart@insurancedefense.net> wrote:
>>
>>> James – is the FDLE video is it longer than the one we produced?
>>>
>>> I will follow up on the use of force video.

**Sam D. Smart**
**Junior Partner**

301 West Bay Street
Suite 1010
Jacksonville, FL, 32202
Phone: 904-791-9191
Direct: 904-400-7734
Fax: 904-791-9196

CONFIDENTIALITY NOTICE : The information contained in this e-mail is intended only for the confidential use of the recipient(s) named above. This message and its attachments are attorney-client privileged communications, work product and mental impressions of the above sender. If the reader of this message is not the intended recipient or if you have received this communication in error, you are hereby notified that you have received this in error, that you should destroy it, notify us at once and any review, dissemination or copying is strictly prohibited.

---

**From:** James M. Slater <james@slater.legal>
**Sent:** Friday, September 8, 2023 3:18 PM
**To:** Sam D. Smart <ssmart@insurancedefense.net>
**Cc:** Sydney DiPuglia <SDiPuglia@insurancedefense.net>; James Cook <cookjv@gmail.com>
**Subject:** Re: Moss v. Dixon (subpoena - Ridley); FDLE Docket No. PRR-2023-758

Sam,

Additionally, we received as a public record the handheld post-UOF video with redaction. However, your client has not produced that video in this case. Please produce the handled post-UOF video <u>without redaction</u> at your earliest convenience. We can talk next week about the discrepancy below.

James

**James Slater**

Slater Legal PLLC

113 S. Monroe Street

Tallahassee, FL 32301

Tel. 305-523-9023

slater.legal

On Thu, Sep 7, 2023 at 4:11 PM James M. Slater <james@slater.legal> wrote:

Sorry -- the discrepancy is that the video FDLE received from FDC for the investigation appears to be much larger than what was produced to us.

James

**James Slater**

Slater Legal PLLC

113 S. Monroe Street

Tallahassee, FL 32301

Tel. 305-523-9023

slater.legal

On Thu, Sep 7, 2023 at 4:08 PM Sam D. Smart <ssmart@insurancedefense.net> wrote:

James – what was the discrepancy – I don't think I am understanding your email. I will get with FDC and see if I can get someone from IT on a call next week.

**Sam D. Smart**
**Junior Partner**

301 West Bay Street
Suite 1010
Jacksonville, FL, 32202
Phone: 904-791-9191
Direct: 904-400-7734
Fax: 904-791-9196

CONFIDENTIALITY NOTICE : The information contained in this e-mail is intended only for the confidential use of the recipient(s) named above. This message and its attachments are attorney-client privileged communications, work product and mental impressions of the above sender. If the reader of this message is not the intended recipient or if you have received this communication in error, you are hereby notified that you have received this in error, that you should destroy it, notify us at once and any review, dissemination or copying is strictly prohibited.

**From:** James M. Slater <james@slater.legal>
**Sent:** Thursday, September 7, 2023 11:52 AM
**To:** Sam D. Smart <ssmart@insurancedefense.net>; Lamar Brooks <LBrooks@insurancedefense.net>
**Cc:** James Cook <cookjv@gmail.com>
**Subject:** Fwd: Moss v. Dixon (subpoena - Ridley); FDLE Docket No. PRR-2023-758

Sam:

We are working with FDLE in response to our subpoena. They have identified several harddrives of video that FDLE agents reviewed in connection with their investigation. FDC's production to us, however, only includes 18 .avr files consisting of 19 GB. I'd like to understand the discrepancy between what FDLE has in its systems that were produced to it by FDC versus what you folks produced to us. Maybe I'm missing something. Do you have some time this week or next week to confer? It would probably be helpful to have someone from FDC's IT department on the call.

James

**James Slater**

Slater Legal PLLC

113 S. Monroe Street

Tallahassee, FL 32301

Tel. 305-523-9023

slater.legal


---------- Forwarded message ---------
From: **Whiddon, Ashe** <AsheWhiddon@fdle.state.fl.us>
Date: Thu, Sep 7, 2023 at 11:09 AM
Subject: Moss v. Dixon (subpoena - Ridley); FDLE Docket No. PRR-2023-758
To: james@slater.legal <james@slater.legal>
Cc: Robinson, Janine <JanineRobinson@fdle.state.fl.us>

5

Mr. Slater,

Attached is a list of the file names contained on the Florida Department of Corrections DVR hard drives.  Please be advised, we do not have the software and are unable to open these files.  Also, we are consulting with our IT department to procure the hard drives necessary to provide these files to you.

*Ashe Whiddon*

Government Operations Consultant 1

Office of General Counsel / Public Records Unit

ashewhiddon@fdle.state.fl.us

work (850) 410-8458

6