UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA JACKSONVILLE DIVISION

CASE NO.:  3:21-CV-1026

JATOON MOSS, AS PERSONAL REPRESENTATIVE, FOR THE ESTATE OF CRAIG RIDLEY, ON BEHALF OF THE ESTATE AND SURVIVORS JATOON MOSS AND GARY RIDLEY,

 Plaintiff(s),

v.

RICKY DIXON, AS SECRETARY OF THE FLORIDA DEPARTMENT OF CORRECTIONS AND ROBERT E. SMITH, JR.; WILLIAM JEFFERY JERRELS; JOHN E. NETTLES; JACOB ANDERSON; DANIEL KLEIN; JASON LIVINGSTON;JOHN MYITRAY; AARON LEWIS; JON EBERLEIN; STEVEN POTOSKY; DANIEL GREENE; ROY HARDEN; ROYCE GIVENS; RICHARD FYLNN; LONNIE UNDERWOOD; AMANDA COREY; STEPHANIE WINNINGHAM; JEAN DURE; IN THEIR INDIVIDUAL CAPACITIES,

 Defendant(s).

## DEFENDANT'S RESPONSE TO PLAINTIFF'S THIRD SET OF DISCOVERY REQUESTS DIRECTED TO SECRETARY RICKY DIXON

Defendant, RICKY DIXON, AS SECRETARY OF THE FLORIDA DEPARTMENT OF

CORRECTIONS, by and through its undersigned attorneys, and pursuant to Florida Rules

Case No.: 3:21-cv-1026
Page 2

of Civil Procedure, files its Response to Plaintiff's Request for Production served on

06/07/2023, and states:

## DOCUMENT REQUESTS

92. All documents generated as part of the Mortality Review Program set forth in Health Services Bulletin 15.09.09 concerning Ridley, including, without limitation, all institutional, outside, and regional review records.

**Response: Defendant has requested such information and to the extent that it exists it will be produced upon receipt subject to any necessary redactions. Should there be an issue with the redacted portions, Defendant will conference with Plaintiff's counsel regarding any specific concerns and determine if the current confidentiality orders and protective orders need to be amended by the Court to include the documents requested.**

93. All reviews by any clinical advisor or any other persons in connection with the mortality review concerning Ridley.

**Response: Defendant has requested such information and to the extent that it exists it will be produced upon receipt subject to any necessary redactions. Should there be an issue with the redacted portions, Defendant will conference with Plaintiff's counsel regarding any specific concerns and determine if the current confidentiality orders and protective orders need to be amended by the Court to include the documents requested.**

94. All correspondence relating to or generated in connection with the mortality review concerning Ridley.

**Response: Defendant has requested such information and to the extent that it exists it will be produced upon receipt subject to any necessary redactions. Should there be an issue with the redacted portions, Defendant will conference with Plaintiff's counsel regarding any specific concerns and determine if the current confidentiality orders and protective orders need to be amended by the Court to include the documents requested.**

**Additionally, this request may be covered by a previous request by Plaintiff's counsel regarding communications relating to this case.**

**Defendant requests that Plaintiff provide additional search terms while Defendant reviews the voluminous emails previously requested that are to be produced under separate cover in response to previous requests.**

95.    All documents generated in connection with the mortality review concerning Ridley relating to any and all advice, suggestions, or recommendations for discipline, retraining, or corrective action or plan for any person, facility, or office.

**Response: Defendant has requested such information and to the extent that it exists it will be produced upon receipt subject to any necessary redactions. Should there be an issue with the redacted portions, Defendant will conference with Plaintiff's counsel regarding any specific concerns and determine if the current confidentiality orders and protective orders need to be amended by the Court to include the documents requested.**

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via Electronic Mail, to all counsel of record on the attached Service List, on August 18, 2023.

LUKS, SANTANIELLO, PETRILLO, COHEN & PETERFRIEND
Attorneys for Defendant
301 W BAY STREET
SUITE 1010
JACKSONVILLE, FL 32202
Telephone:  (904) 791-9191
Facsimile:  (904) 791-9196

By: /s/ *Sam D. Smart*
TODD T. SPRINGER
Florida Bar No.: 178410
Sam D. Smart
Florida Bar No.:  95951
LUKSJAX-Pleadings@LS-Law.com

Case No.: 3:21-cv-1026
Page 4

**SERVICE LIST**

LAW OFFICE OF JAMES COOK
James V. Cook, Esq.
314 West Jefferson Street
Tallahassee, Florida 32301
cookjv@gmail.com