UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JATOON MOSS,

    Plaintiff,

v.

RICKY DIXON, *et al.*,

    Defendants.

Case No. 3:21-cv-1026-MMH-MCR

**PLAINTIFF AND DEFENDANT RICKY DIXON'S JOINT MOTION TO MODIFY CONFIDENTIALITY ORDER (DOC. 126)**

Plaintiff, Jatoon Moss, and Defendant, Ricky Dixon, respectfully move this Court for modification of the Confidentiality Order Dated March 28, 2023 (Doc. 126) (the "Order"), and in support thereof states:

1. Previously, Plaintiff filed her Unopposed Motion for Entry of Confidentiality Order between the parties in this case, including the Florida Department of Corrections (FDC) as custodian of records on behalf of Defendant Secretary Ricky D. Dixon. (Doc. 124).

2. On March 28, 2023, this Honorable Court issued the Order.

3. During discovery, the parties identified a modification needed to Paragraph 6 of the Order. (Doc. 126 Page ID 1272).

4. Plaintiff and Defendant, Ricky Dixon, seek to modify the paragraph 6 to include a subparagraph g. with the following language: "g. Blueprints of Kitchen and Dining Building."

5. Defendant Dixon believes that there is good cause under Rule 12(c) to modify the Order to include this subparagraph because of FDC's security concerns with respect to the blueprints of its correctional institutions.

WHEREFORE, Plaintiff, Jatoon Moss, and Defendant, Ricky Dixon, request that the Court grant this motion and modify the Confidentiality Order (Doc. 126) as set forth above.

Dated: October 12, 2023.

    LUKS, SANTANIELLO, PETRILLO, COHEN & PETERFRIEND
    Attorneys for Defendant
    301 W BAY STREET
    SUITE 1010
    JACKSONVILLE, FL 32202
    Telephone: (904) 791-9191
    Facsimile: (904) 791-9196

    By: /s/ Sam D. Smart_____
        Sam D. Smart
        Florida Bar No.: 95951
        LUKSJAX-Pleadings@LS-Law.com

    By: /s/ James M. Slater_____
        James M. Slater (FBN 111779)
        SLATER LEGAL PLLC
        113 S. Monroe Street
        Tallahassee, Florida 32301
        james@slater.legal
        Tel. (305) 523-9023