UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JATOON MOSS, as Personal
Representative for the ESTATE
OF CRAIG RIDLEY, on behalf of the
Estate and Survivors Jatoon Moss
and Gary Ridley,

        Plaintiff,

v.                                          Case No. 3:21-cv-1026-MMH-MCR

RICKY DIXON, et al.,

        Defendants.
_____

## ORDER

The Joint Motion to Modify Confidentiality Order (Doc. 153) is **GRANTED**. The Confidentiality Order (Doc. 126) entered March 28, 2023, is modified to add subsection g. to paragraph 6: "Blueprints of Kitchen and Dining Building."

**DONE AND ORDERED** at Jacksonville, Florida, this 17th day of October, 2023.

                                      MONTE C. RICHARDSON
                            UNITED STATES MAGISTRATE JUDGE

caw 10/13
c:
Counsel of Record