UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JATOON MOSS, as Personal
Representative for the ESTATE
OF CRAIG RIDLEY, on behalf of the
Estate and Survivors Jatoon Moss
and Gary Ridley,

      Plaintiff,

v.                          Case No. 3:21-cv-1026-MMH-MCR

RICKY DIXON, et al.,

      Defendants.
_____

## ORDER

Defendant Ricky Dixon's Unopposed, Time-Sensitive Amended Motion for Extension of Time to Respond to Plaintiff's Motion to Compel (Doc. 156) is **GRANTED**. Dixon shall respond to Plaintiff's Motion to Compel (Doc. 152) by **November 3, 2023**.

The parties are reminded that Local Rule 3.01(g) requires the certification be "[a]t the end of the motion and under the heading 'Local Rule 3.01(g) Certification.'"

**DONE AND ORDERED** at Jacksonville, Florida, this 24th day of October, 2023.

                                              MONTE C. RICHARDSON
                                  UNITED STATES MAGISTRATE JUDGE

caw 10/23
c:
Counsel of Record