UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JATOON MOSS, as Personal
Representative for the ESTATE
OF CRAIG RIDLEY, on behalf of the
Estate and Survivors Jatoon Moss
and Gary Ridley,

        Plaintiff,

v.                                     Case No. 3:21-cv-1026-MMH-MCR

RICKY DIXON, et al.,

        Defendants.
_____

## ORDER

Defendant Ricky Dixon's Second Motion for Extension of Time to Respond to Plaintiff's Motion to Compel (Doc. 158), which is opposed by Plaintiff (Doc. 159), is **DENIED without prejudice**. In the Court's October 24, 2023 Order (Doc. 157), the Court reminded the parties of Local Rule 3.01(g). Nevertheless, Defendant Dixon's instant Motion fails to comply with that Rule.

The Court is confident that through a good-faith conferral in compliance with Local Rule 3.01(g), the parties can resolve these types of issues without seeking Court intervention. Thus, the Court directs counsel for Defendant Dixon to review Local Rule 3.01(g) and confer with Plaintiff's counsel regarding

the instant request. Counsel must also ensure that all future filings comply with the Rules.

In the event the parties cannot resolve this dispute, Dixon may renew his motion for extension of time by **November 13, 2023**.

**DONE AND ORDERED** at Jacksonville, Florida, this 7th day of November, 2023.

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

caw/JAX-3 11/7
c:
Counsel of Record