UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JATOON MOSS, as Personal
Representative for the ESTATE
OF CRAIG RIDLEY, on behalf of the
Estate and Survivors Jatoon Moss
and Gary Ridley,

        Plaintiff,

v.                              Case No. 3:21-cv-1026-MMH-MCR

RICKY DIXON, et al.,

        Defendants.
_____

## ORDER

Before the Court is Plaintiff's First Motion to Compel Defendant Ricky Dixon to Produce Documents and Provide Better Answers to Interrogatories (Doc. 152). Defendant Dixon filed a Response (Doc. 161) acknowledging that since the filing of the Motion, Dixon produced additional discovery and he was continuing to do so with an anticipated completion date of November 24, 2023. No later than **November 27, 2023**, Defendant Dixon shall file a notice advising whether the requested discovery has been produced.

**DONE AND ORDERED** at Jacksonville, Florida, this 20th day of November, 2023.

                                                  MONTE C. RICHARDSON
                                        UNITED STATES MAGISTRATE JUDGE

JAX-3 11/20
c:
Counsel of Record