UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 3:21-CV-1026

JATOON MOSS, AS PERSONAL REPRESENTATIVE, FOR THE ESTATE OF CRAIG RIDLEY, ON BEHALF OF THE ESTATE AND SURVIVORS JATOON MOSS AND GARY RIDLEY,

    Plaintiff(s),

vs.

RICKY DIXON, AS SECRETARY OF THE FLORIDA DEPARTMENT OF CORRECTIONS AND ROBERT E. SMITH, JR.; WILLIAM JEFFERY JERRELS; JOHN E. NETTLES; JACOB ANDERSON; DANIEL KLEIN; JASON LIVINGSTON; JOHN MYITRAY; AARON LEWIS; JON EBERLEIN; STEVEN POTOSKY; DANIEL GREENE; ROY HARDEN; ROYCE GIVENS; RICHARD FYLNN; LONNIE UNDERWOOD; AMANDA COREY; STEPHANIE WINNINGHAM; JEAN DURE; IN THEIR INDIVIDUAL CAPACITIES,

    Defendant(s).
_____//

## DEFENDANT'S NOTICE OF COMPLIANCE
## TO PLAINTIFF'S MOTION TO COMPEL

COMES NOW the Defendant, RICKY DIXON ("Secretary Dixon"), by and through undersigned counsel, and files this Notice of Compliance in response to the Plaintiff's Motion to Compel, and in support thereof, states as follows:

1. This matter arises out of an inmate's death while in the custody of Florida's criminal justice system.

2. Plaintiff, Jatoon Moss, filed this action on behalf of the estate of her decedent father, Craig Ridley, and his survivors, Plaintiff and her brother, Gary Ridley.

3. The Second Amended Complaint ("SAC") asserts multiple counts against a variety of defendants, including the Secretary.

4. Plaintiff filed her First Motion to Compel on October 6, 2023, seeking better answers to certain interrogatories and production of certain documents. (Doc. 152).

5. Secretary Dixon sought an extension of 14 days to respond to the Motion to Compel, which this Court granted on October 24, 2023. (Doc. 157).

6. On November 3, 2023, Secretary Dixon moved for a second extension of time (Doc. 158), which this Court denied without prejudice on November 8, 2023. (Doc. 160).

7. Specifically, Plaintiff sought to compel the following:

    a. Better responses to Plaintiff's Second Set of Discovery Requests (Interrogatories 9-15);

    b. A better response to Interrogatory 5 in Plaintiff's First Set of Discovery Requests;

    c. Production of a multitude of documents, including communications involving Mr. Ridley, incident reports, photographs, and video recordings.

8. On November 20, 2023, the Honorable Court entered an order requesting Defendant to file a notice advising whether the requested discovery has been produced.

9. On November 21, 2023, Defendant served his Verified Amended Answers to Plaintiff's Second Set of Interrogatories.

10. On November 27, 2023, Defendant served his Unverified Amended Answer to Plaintiff's interrogatory number 5.

11. Defendant has provided a sharefile link to Plaintiff's counsel with unredacted reports, hundreds of emails, and voluminous supplemental document production identified from Plaintiff's provided search terms.

12. Defendant has also produced the requested floor plans for the relevant areas of the Reception and Medical Center.

13. Defendant has produced via sharefile link all videos in his possession.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via Electronic Mail, to all counsel of record on the attached Service List, this 27th day of November, 2023.

>LUKS, SANTANIELLO, PETRILLO, COHEN & PETERFRIEND
>Attorneys for Defendant
>301 W BAY STREET
>SUITE 1010
>JACKSONVILLE, FL 32202
>Telephone:  (904) 791-9191
>Facsimile:  (904) 791-9196
>
>By:   /s/ Corey J. Kildow
>    Corey J. Kildow
>    Florida Bar No.: 86782
>    Sam D. Smart
>    Florida Bar No.:  95951
>    LUKSJAX-Pleadings@LS-Law.com

**SERVICE LIST**

LAW OFFICE OF JAMES COOK
James V. Cook, Esq.
314 West Jefferson Street
Tallahassee, Florida 32301
cookjv@gmail.com