UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JATOON MOSS, as Personal
Representative for the ESTATE
OF CRAIG RIDLEY, on behalf of the
Estate and Survivors Jatoon Moss
and Gary Ridley,

        Plaintiff,

v.                              Case No. 3:21-cv-1026-MMH-MCR

RICKY DIXON, et al.,

        Defendants.
_____

## ORDER

Plaintiff's First Motion to Compel Defendant Ricky Dixon to Produce Documents and Provide Better Answers to Interrogatories (Doc. 152) is **DENIED without prejudice**. Since the filing of the Motion, Defendant Dixon has produced additional discovery. See Docs. 161, 163. After reviewing the discovery produced, Plaintiff may renew the motion, if necessary, after a good-faith conferral in compliance with Local Rule 3.01(g). Based on Defendant

Dixon's representations and considering the file, the Court finds that an award of expenses is not warranted.

**DONE AND ORDERED** at Jacksonville, Florida, this 29th day of November, 2023.

*[signature]*

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

JAX-3 11/28
c:
Counsel of Record