UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JATOON MOSS, as Personal
Representative for the Estate of
Craig Ridley, on behalf of the
Estate and Survivors Jatoon Moss
and Gary Ridley,

    Plaintiff,

vs.       Case No.: 3:21-cv-1026-MMH-MCR

RICKY D. DIXON, et al.,

    Defendants.
_____/

**UNOPPOSED JOINT MOTION TO MODIFY AMENDED SCHEDULING ORDER FOR EXTENSION OF TIME TO FILE EXPERT REPORTS and DISCOVERY**

Pursuant to Federal Rules of Civil Procedure 6(b) and 16(b)(4), all the Defendants jointly and respectfully request that the Court enter an order granting thirty (30) day extensions of time (1) to file their Expert Report up to and including January 15, 2024, (2) a 30 day extension of Plaintiff's deadline for rebuttal expert report up to and including February 15, 2024, as well as (3) extend by 30 days the discovery deadline up through and including May 1, 2024. In support of this Unopposed Motion, Defendants state as follows:

**MEMORANDUM OF LAW**

Rule 6(b) provides that "when an act may or must be done within a specified time, the court may, for good cause, extend the time . . . if a request is made, before

1

the original time or its extension expires." Fed. R. Civ. P. 6(b)(1)(A). "The diligence of the moving party should be considered in determining whether there is good cause to extend a deadline." Jozwiak v. Stryker Corp., No. 6:09-cv-1985-Orl-19GJK, 2010 WL 743834, at *2 (M.D. Fla. Feb. 26, 2010).

In the instant matter, undersigned counsel received Plaintiff's expert report on Friday, November 9, 2023.  The report was 70 pages with appendices and addressed multiple issues with multiple defendants.  Defendants' expert report was then due 30 days afterward, with the Thanksgiving holidays during that time.  Due to the broad scope of the Plaintiff's expert report and the then disclosed opinions, there was insufficient time to secure the proper expert to evaluate these opinions and to have a final report within that short time frame.

Defendants would agree to extend the deadline (up to 30 days if needed) for Plaintiff's Rebuttal report such that it could be due on or before February 16, 2024 or later as necessary.

The deadline for filing Daubert motions is May 15, 2024 [ECF 151, p. 2], thus a 30 day expert report submission extension will not conflict with that deadline; however, Plaintiff's counsel has asked to extend the discovery deadline (currently April 1, 2024) the same 30 days (until May 1, 2024) as a result of this motion. The Defendants would not have any objection to this extension.  The

2

parties are working cooperatively and at this time do not request extensions of any other deadlines in the Amended Scheduling Order.

This is the Defendants' first request for such an extension related to the expert reports. Further, **the undersigned has conferred with Plaintiff's counsel who has no opposition to these requested extensions of time**. No party will be prejudiced by the granting of the requested extension. This motion is made in good faith and is not for purposes of delay. Thus, good cause is shown for this extension.

WHEREFORE, Defendants respectfully request that the Court issue an order granting extensions of time for Defendants to file their expert reports up to and including January 15, 2024, rebuttal expert reports by Plaintiff up to and including February 15, 2024, and the discovery deadline until May 1, 2024.

## **LOCAL RULE 3.01(G) CERTIFICATION**

Pursuant to Local Rule 3.01(g), the undersigned counsel has conferred with Plaintiff's counsel regarding the relief sought in this motion. Plaintiff's counsel does not oppose the relief sought in this motion.

Dated this 13th day of December 2023.

        Respectfully submitted,

        ASHLEY B. MOODY
        ATTORNEY GENERAL

        */s/ Anthony Dean Johnson*
        Anthony Dean Johnson

Assistant Attorney General
Florida Bar No.: 12084

Office of the Attorney General
PL-01, The Capitol
Tallahassee, Florida 32399-1050
(850) 414-3300
Anthony.Johnson@myfloridalegal.com
Isabelle.kalms@myfloridalegal.com
steven.holcomb@myfloridalegal.com
*Counsel for Defendants Anderson, Jerrels, Livingston, Nyitray, Potosky, and Givens*


/s/ *Corey J. Kildow*
Corey J. Kildow (FBN 86782)
Sam D. Smart (FBN 95951)
LUKS, SANTANIELLO, PETRILLO, COHEN & PETERFRIEND
301 W. Bay Street, Suite 1010
Jacksonville, FL 32202
Tel. (904) 791-9191
ckildow@insurancedefense.net
ssmart@insurancedefense.net
*Counsel for Defendant Dixon*

ASHLEY B. MOODY
ATTORNEY GENERAL


/s/ *David E. Chauncey*
David E. Chauncey (FBN 119497)
ALEXANDER DEGANCE BARNETT, P.A.
1500 Riverside Avenue
Jacksonville, FL 32204
Tel. (904) 345-3277
david.chauncey@adblegal.com
*Counsel for Defendants Lewis, Greene, Nettles, Eberlein & Flynn*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed through the Court's CM/ECF system which will provide electronic service to all counsel of record this 13th day of December 2023.

*/s/ Anthony Dean Johnson*
Anthony Dean Johnson