UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JATOON MOSS, as Personal
Representative for the ESTATE
OF CRAIG RIDLEY, on behalf of the
Estate and Survivors Jatoon Moss
and Gary Ridley,

        Plaintiff,

v.                                   Case No. 3:21-cv-1026-MMH-MCR

RICKY DIXON, et al.,

        Defendants.

_____

## <u>ORDER</u>

Defendants' Unopposed Joint Motion to Modify Amended Scheduling Order for Extension of Time to File Expert Reports and Discovery (Doc. 165) is **GRANTED to the extent** that Defendants shall submit expert reports by **January 16, 2024**, Plaintiff shall submit rebuttal expert reports by **February 15, 2024**, and discovery shall be completed by **May 1, 2024**.  **The remainder of the deadlines in the Court's Order (Doc. 151) entered August 31, 2023, remain unchanged.**

**DONE AND ORDERED** at Jacksonville, Florida, this 18th day of December, 2023.

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

caw 12/15
c:
Counsel of Record