UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JATOON MOSS,

    Plaintiff,

v.

RICKY DIXON, *et al.*,

    Defendants.

Case No. 3:21-cv-1026-MMH-MCR

**NOTICE OF MEDIATION**

Pursuant to the Court's Scheduling Order and Referral to Mediation, as amended (Docs. 84 & 151), Plaintiff Jatoon Moss provides notice that mediation has been scheduled in this case for **Thursday, April 4, 2024, beginning at 9:00 a.m. eastern time** to be performed by videoconference. The mediator on this case is Thomas H. Bateman, III, of Messer Caparello, P.A., 2618 Centennial Place, P.O. Box 15579, Tallahassee, Florida 32308, Tel. (850) 201-5221.

Respectfully submitted this 5th day of January 2024.

                                                  */s/ James M. Slater*
                                                  James M. Slater (FBN 111779)
                                                  Slater Legal PLLC
                                                  113 S. Monroe Street
                                                  Tallahassee, FL 32301
                                                  james@slater.legal
                                                  Tel (305) 523-9023

*/s/ James V. Cook*
James V. Cook (FBN 966843)
Law Office of James Cook
314 West Jefferson Street
Tallahassee, FL 32301
(850) 222-8080; 561-0836 fax
cookjv@gmail.com

*Attorneys for Plaintiff*