UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JATOON MOSS, as Personal
Representative for the Estate of
Craig Ridley, on behalf of the
Estate and Survivors Jatoon Moss
and Gary Ridley,

    Plaintiff,

vs.                                  Case No.: 3:21-cv-1026-MMH-MCR

RICKY D. DIXON, et al.,

    Defendants.
_____/

## MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT RICKY DIXON

    Samantha Dunlap-Smart of the law firm Luks, Santaniello, Petrillo, Cohen & Peterfriend ("Luks Santaniello"), counsel for Defendant, Ricky Dixon ("Defendant" or "Ricky Dixon"), hereby moves this Court, pursuant to Local Rule 11.1(d)(3), for an order permitting her to withdraw as counsel of record for Ricky Dixon in this action and to allow substitution of counsel as set forth herein. Zachary Jackson Brewer (Fla. Bar #: 85745), of the law firm Santaniello, Petrillo, Cohen & Peterfriend ("Luks Santaniello") seek to be substituted in place of Ms. Dunlap-Smart.

    In support of this motion, the undersigned states as follows:

    1.    Samantha Dunlap-Smart wishes to withdraw as counsel for Ricky Dixon.

MOTION FOR WITHDRAWAL & SUBSTITUTION OF COUNSEL – PAGE 1

2. Zachary Jackson Brewer seeks permission to be substituted in place of Luks Santaniello as counsel of record for Ricky Dixon.

3. Undersigned counsel avows that Ricky Dixon consents to and requests this withdrawal and substitution.

4. Ricky Dixon has received notice of this withdrawal and substitution from Luks Santaniello in accordance with Local Rule 11.1(d)(3), via electronic mail.

5. This motion is not being filed to hinder or delay this matter or to prejudice any party.

6. Pursuant to Local Rule 7.1(a)(3), the undersigned counsel has conferred with counsel of record for Plaintiff, Jatoon Moss. They do not object to the relief sought herein.

WHEREFORE, the undersigned respectfully request that this Court enter an order allowing Samantha Dunlap-Smart to withdraw and allowing Zachary Jackson Brewer to be substituted as counsel of record for Ricky Dixon in this matter.

Dated: February 23, 2024        Respectfully Submitted,

LUKS, SANTANIELLO, PETRILLO, COHEN
& PETERFRIEND

By: */s/ Sam D. Smart*
   Sam D. Smart (FBN 95951)
   LUKS, SANTANIELLO, PETRILLO,
   COHEN & PETERFRIEND
   301 W. Bay Street, Suite 1010
   Jacksonville, FL 32202
   Tel. (904) 791-9191
   ssmart@insurancedefense.net
   Attorney for Defendant

**MOTION FOR WITHDRAWAL & SUBSTITUTION OF COUNSEL – PAGE 2**

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 23, 2024, this document was filed with the Clerk of the Court via the CM/ECF system. I further certify that a true and correct copy of the foregoing was served this day via transmission of Notices of Electronic Filing generated by CM/ECF on all counsel or parties of record.

                                                */S/ Sam D. Smart*
                                                SAM D. SMART, ESQ.