UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JATOON MOSS, as Personal
Representative for the ESTATE
OF CRAIG RIDLEY, on behalf of the
Estate and Survivors Jatoon Moss
and Gary Ridley,

        Plaintiff,

v.                            Case No. 3:21-cv-1026-MMH-MCR

RICKY DIXON, et al.,

        Defendants.
_____

## ORDER

Attorney Dunlap-Smart's unopposed Motion for Withdrawal and Substitution of Counsel for Defendant Ricky Dixon (Doc. 168) is **GRANTED**. The **Clerk** shall terminate Samantha Dunlap-Smart, Esquire as counsel of record for Defendant Dixon.

Ms. Dunlap-Smart shall provide a copy of this Order to Zachary Jackson Brewer. Mr. Brewer shall promptly file a notice of appearance.

**DONE AND ORDERED** at Jacksonville, Florida, this 28th day of February, 2024.

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

caw 2/26
c:
Counsel of Record