# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

**JATOON MOSS, as Personal Representative for the Estate of Craig Ridley, on behalf of the Estate and Survivors Jatoon Moss and Gary Ridley,**

    Plaintiff,

vs.                                  Case No.: 3:21-cv-1026-MMH-MCR

**RICKY D. DIXON, et al.,**

    Defendants.
_____/

## DEFENDANT, RICKY D. DIXON'S NOTICE OF LEAD COUNSEL DESIGNATION

Defendant, RICKY D. DIXON, by and through their undersigned counsel, pursuant to Local Rule 2.02(a), hereby notifies the Clerk of Court and all parties of record that Zachary Brewer, Esq., of the Law Office of Luks, Santaniello, Petrillo, Cohen & Peterfriend is designated as lead counsel for Defendant.  I have familiarized myself with the obligations of Lead Counsel under the Middle District of Florida's Local Rules and will confirm all of my conduct to these rules and all other applicable local rules.

*[Certificate of Service to Appear on the next page]*

## **CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via Electronic Mail, to all counsel of record on the attached Service List, this 4th day of March, 2024.

LUKS, SANTANIELLO, PETRILLO,
COHEN & PETERFRIEND
Attorneys for Defendants
301 W. Bay Street, Suite 1010
Jacksonville, FL 32202
Telephone: (904) 791-9191
Facsimile: (904) 791-9196

By: */s/ Zachary J. Brewer*
ZACHARY J. BREWER, ESQ.
Florida Bar No.: 085745
ZBrewer@insurancedefense.net
ADavis@insurancedefense.net
LUKSJAX-Pleadings@insurancedefense.net
