UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JATOON MOSS,

    Plaintiffs,

v.                                  Case No. 3:21-CV-1026-MMH-MCR

RICKY DIXON, ET AL,

    Defendants.

_____

# Mediation Report

The parties held a mediation conference on April 4, 2024, and the results of that conference are indicated below.

**1. Attendance**

The following participants attended the mediation conference:

☒ lead counsel

☒ the parties or a party's surrogate satisfactory to the mediator

☒ any necessary insurance carrier representative

List any unexcused absence or departure from the mediation conference:

_____

_____

_____

2. **Outcome**

> Under Local Rule 3.09(a), the parties must immediately file a notice after agreeing to resolve all or part of a civil action, even if the resolution is contingent or unwritten.

☒  The parties completely settled the case.

☐  The parties partially settled the case. The following issues remain:

_____
_____
_____
_____

☐  The parties agreed to continue the mediation conference. The mediator will file another mediation report within seven days after the continued conference.

☐  The parties have reached an impasse.

DATE: April 4, 2024

s/ *Thomas H. Bateman III*
Thomas H. Bateman III, Mediator
Fla. Bar No. 349781
Certified Circuit Civil Mediator No. 21641 CRA
Messer Caparello, P.A.
2618 Centennial Place
Tallahassee, FL 32308
850-222-0720