UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JATOON MOSS, as Personal
Representative for the ESTATE
OF CRAIG RIDLEY, on behalf of the
Estate and Survivors Jatoon Moss
and Gary Ridley,

        Plaintiff,

v.                            Case No. 3:21-cv-1026-MMH-MCR

RICKY DIXON, et al.,

        Defendants.
_____

## ORDER

The Court was advised that this case has settled. <u>See</u> Mediation Report (Doc. 172). Therefore, it is now

**ORDERED:**

1. The parties shall have until **June 10, 2024**, to file a joint motion for dismissal or other appropriate documents to close out this file.

2. If the parties have not filed the appropriate documents to close out this file or a request for extension of time by the deadline, this case will automatically be deemed to be dismissed without prejudice. The **Clerk** shall

terminate all pending motions and close the file now, subject to reopening upon the filing of a motion before the deadline.

**DONE AND ORDERED** in Jacksonville, Florida, this 9th day of April, 2024.

MARCIA MORALES HOWARD
United States District Judge

caw 4/9
c:
Counsel of Record