UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| JATOON MOSS,<br><br>    Plaintiff,<br><br>v.<br><br>RICKY D. DIXON, *et al.*,<br><br>    Defendants. | Case No. 3:21-cv-1026-MMH-MCR |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, by and through their respective undersigned counsel, hereby jointly stipulate to the dismissal of all claims against Defendants Ricky D. Dixon, William Jeffrey Jerrels, John E. Nettles, Jacob Anderson, Jason Livingston, John Nyitray, Aaron Lewis, Jon Eberlein, Steven Potosky, Daniel Greene, Richard Flynn, Royce Givens, and John Does 1-2 with prejudice, with each party to bear their own expenses, fees, and costs, in accordance with Rule 41(a)(1)(A)(ii). The intention of this stipulation is to dismiss all remaining parties in this action.

*[Signatures to Follow]*

Dated: June 4, 2024

/s/ *James V. Cook*
James V. Cook (FBN 966843)
Law Office of James Cook
314 West Jefferson Street
Tallahassee, Florida 32301
Tel. (850) 222-8080
cookjv@gmail.com

/s/ *James M. Slater*
James M. Slater (FBN 111779)
Slater Legal PLLC
2296 Henderson Mill Rd. NE #116
Atlanta, Georgia 30345
Tel. (305) 523-9023
james@slater.legal

*Attorneys for Plaintiff Jatoon Moss*

/s/ *Jacob Hanson**
R. Craig Mayfield (FBN 429643)
Jacob B. Hanson (FBN 91453)
BRADLEY ARANT BOULT
CUMMINGS LLP
Thousand & One
1001 Water Street, Suite 1000
Tampa, Florida 33602
Tel: (813) 559-5500
cmayfield@bradley.com
jhanson@bradley.com


Brian A. Wahl (FBN 95777)
BRADLEY ARANT BOULT
CUMMINGS LLP
1819 5th Avenue North
One Federal Place

/s/ *Zachary Brewer**
Zachary Brewer (FBN 085745)
Luks, Santaniello, Petrillo, Cohen &
Peterfriend
301 W. Bay Street, Suite 1010
Jacksonville, Florida 32202
Tel. (904) 791-9191
zbrewer@insurancedefense.net

*Attorneys for Defendant Ricky Dixon,
Lonnie Underwood, Roy Harden, Robert
Smith, Jr., and John Does 1-5*

/s/ *David E. Chauncey**
David E. Chauncey (FBN 0119497)
Alexander Degance Barnett, P.A.
1500 Riverside Avenue
Jacksonville, Florida 32204
Tel. (904) 345-3277
david.chauncey@adblegal.com

*Attorneys for Defendants Jon Eberlein,
Richard Flynn, Daniel Greene, Aaron
Lewis, and John E. Nettles*

ASHLEY B. MOODY
ATTORNEY GENERAL

/s/ *Anthony Dean Johnson**
Anthony Dean Johnson (FBN 12084)
Assistant Attorney General
Office of the Attorney General
PL-01, The Capitol
Tallahassee, Florida 32399-1050

Birmingham, AL 35203
Tel: (205) 521-8800
bwahl@bradley.com

*Attorneys for Defendants Amanda Corey and Jean Dure*

Tel. (850) 414-3300
Anthony.Johnson@myfloridalegal.com

*Attorneys for Defendants Daniel Klein, Jacob Anderson, Royce Givens, William Jeffrey Jerrels, Jason Livingston, John Nyitray, Steven Potosky*

/s/ Ethen R. Shapiro*
Ethen R. Shapiro (FBN 669881)
Rachel E. Eilers (FBN 1019587)
Hill Ward Henderson
P.O. Box 2231
Tampa, Florida 33601
Tel. (813) 221-3900
Ethen.Shapiro@hwhlaw.com
Rachel.Eilers@hwhlaw.com

*Attorneys for Defendant Stephanie Winningham*

*Signed by James Slater with written permission.