UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JATOON MOSS, as Personal
Representative for the ESTATE
OF CRAIG RIDLEY, on behalf of the
Estate and Survivors Jatoon Moss
and Gary Ridley,

        Plaintiff,

v.                              Case No. 3:21-cv-1026-MMH-MCR

RICKY DIXON, et al.,

        Defendants.
_____

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the Joint Stipulation of Dismissal with Prejudice (Doc. 175), which is signed by all parties who have appeared, the remaining claims in this case against Defendants Dixon, Jerrels, Nettles, Anderson, Livingston, Nyitray, Lewis, Eberlein, Potosky, Greene, Flynn, Givens, and Does 1-2 are **DISMISSED with prejudice**. The parties shall bear their own fees and costs.

The **Clerk** shall enter judgment dismissing with prejudice the claims against these Defendants. Because all claims in this case have now been dismissed, the file shall remain closed.

**DONE AND ORDERED** at Jacksonville, Florida, this 10th day of June, 2024.

*(signature)*
MARCIA MORALES HOWARD
United States District Judge

caw 6/5
c:
Counsel of Record